**U.S. Department of Justice**

*United States Marshals Service*
*Middle District of Florida*

*801 N. Florida Ave, Fourth Floor*
*Tampa, FL 33602*

Official Business
Penalty for Private Use $300




TAMPA FL 335
30 MAY 2026PM 5 L

U.S. OFFICIAL MAIL  PENALTY FOR PRIVATE USE $300
US POSTAGE (IMI) PITNEY BOWES
ZIP 33521
02 7H
0005951526
$ 001.03⁰
MAY 29 2026

CLERK OF COURT
MIDDLE DISTRICT OF FLORIDA
801 N FLORIDA AVE 2ND FL
TAMPA FL 33602

33602-380099