DERAL BUREAL OF PRISON
CC COLEMAN LOW - UNIT.: B4
O.BOX 1031
OLEMAN - FL
3521




Screened by
USMS

TO: CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
SAM.M. GIBBONS UNITED STATES
COURTHOUSE
801 NORTH FLORIDA AVENUE
TAMPA, FL 33602

SENSITIVE - SPECIAL - MAIL.



GILMAR PEREIRA DA SILVA JR. - # 74744-511
FEDERAL BUREAL OF PRISON
FCC COLEMAN LOW - UNIT.: B4
P.O. BOX 1031
COLEMAN - FL
33521



Screened by USMS

TO: CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
SAM. M. GIBBONS UNITED STATES
COURTHOUSE
801 NORTH FLORIDA AVENUE
TAMPA, FL 33602

SENSITIVE - SPECIAL - MAIL.