---

COVER LETTER TO CLERK

Date: OCTOBER 16, 2026

Clerk of Court
United States District Court
Middle District of Florida - Tampa Division
Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue
Tampa, FL 33602

Re: United States v. Gilmar Pereira da Silva Junior, Case No. 8:25-cr-144-KKM-SPF

Dear Clerk:

Please file the enclosed pro se Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A), together with its attachments, in the above-captioned criminal case. This submission is intended as a motion in the existing criminal case, not as a new civil action.

Please docket the filing for consideration by the Court. Any medical materials specifically marked for confidential/sealed treatment should be handled in accordance with the Court's applicable procedures.

Respectfully submitted,

GILMAR PEREIRA DA SILVA JUNIOR
BOP Register No. 74744-511
FCC Coleman Low