PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

UNITED STATES OF AMERICA FOREVER/USA

COLEMAN, FL 33521-9998

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally...

FROM:

GILMAR PEREIRA DA SILVA JR.
REG. No.: 74744-511
FCC COLEMAN LOW
P.O. BOX 1031
COLEMAN, FL 33521

Screened by USMS

TO:

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
TAMPA DIVISION
SAM M. GIBBONS
UNITED STATES COURTHOUSE
801 NORTH FLORIDA AVENUE
TAMPA, FL 33602

CLERK OF THE U.S. DISTRICT COURT

Retail

UNITED STATES POSTAL SERVICE.

P

US POSTAGE PAID
$0.00
Origin: 33521
11/04/26
1117550512-01

PRIORITY MAIL®

2 Lb 7.50 Oz
RDC 01

EXPECTED DELIVERY DAY: 11/07/26

C038

SHIP TO:
801 N FLORIDA AVE
TAMPA FL 33602-3849

USPS TRACKING® #

9505 5126 3317 6308 4075 13

OD: 12 1/2 x 9 1/2

POUCH info

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE