UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:25-cr-144-KKM-SPF

GILMAR PEREIRA DA SILVA JR

**NOTICE OF APPEARANCE**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as co-counsel for the United States in the above-captioned case.

Assistant United States Attorney Dawn A. Tiffin has been assigned as co-counsel in this case to address the defendant's request for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Dawn A. Tiffin*
DAWN A. TIFFIN
Assistant United States Attorney
Appellate Division
Florida Bar No. 28788
400 North Tampa St., Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6000
E-mail: dawn.tiffin@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant:

Gilmar Pereira Da Silva Jr
Reg. No. 74744-511
FCI Coleman Low
Federal Correctional Institution
P.O. Box 1031
Coleman, FL 33521

*/s/ Dawn A. Tiffin*
DAWN A. TIFFIN
Assistant United States Attorney