```
  COAA8          *              PUBLIC INFORMATION              *       11-10-2026
PAGE 001 OF 001 *                  INMATE DATA                  *       14:05:00
                                 AS OF 11-10-2026

REGNO..: 74744-511 NAME: PEREIRA DA SILVA JR, GILMAR

                   RESP OF: COL
                   PHONE: 352-689-4000      FAX: 352-689-4008
                                            RACE/SEX...: WHITE / MALE
                                            AGE:  43
PROJ REL MT: FIRST STEP ACT RELEASE         PAR ELIG DT: N/A
PROJ REL DT: 10-18-2028                     PAR HEAR DT:
```

S0055    NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

REGNO..: 74744-511 NAME: PEREIRA DA SILVA JR, GILMAR

RESP OF: COL
PHONE: 352-689-4000 FAX: 352-689-4008
FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 06-29-2028

FINAL STATUTORY RELEASE FOR INMATE.: 12-17-2028 VIA GCT REL
WITH APPLIED FSA CREDITS.: 60 DAYS
THE INMATE IS PROJECTED FOR RELEASE: 10-18-2028 VIA FSA REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: FLORIDA, MIDDLE DISTRICT
DOCKET NUMBER...................: 8:25-CR-144-KKM-SPF
JUDGE...........................: MIZELLE
DATE SENTENCED/PROBATION IMPOSED: 04-30-2026
DATE COMMITTED..................: 05-04-2026
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $103,646.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 899 OTHER/UNCLASSIFIABLE

OFF/CHG: 18:287 FILING FALSE CLAIMS

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 37 MONTHS
TERM OF SUPERVISION............: 3 YEARS
DATE OF OFFENSE................: 01-24-2022

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-13-2026 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-17-2026 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-04-2026
TOTAL TERM IN EFFECT............: 37 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 3 YEARS 1 MONTHS
EARLIEST DATE OF OFFENSE........: 01-24-2022

| JAIL CREDIT.....................: | FROM DATE | THRU DATE |
|---|---|---|
| | 04-17-2025 | 04-18-2025 |

TOTAL PRIOR CREDIT TIME.........: 2
TOTAL INOPERATIVE TIME..........: 0

```
  COAA8          *              PUBLIC INFORMATION              *       11-10-2026
PAGE 002 OF 002 *                  INMATE DATA                  *       14:05:00
                              AS OF 11-10-2026

REGNO..: 74744-511 NAME: PEREIRA DA SILVA JR, GILMAR

                   RESP OF: COL
                   PHONE: 352-689-4000      FAX: 352-689-4008
TOTAL GCT EARNED AND PROJECTED..: 166
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 12-17-2028
ELDERLY OFFENDER TWO THIRDS DATE: 05-22-2028
EXPIRATION FULL TERM DATE.......: 06-01-2029
TIME SERVED.....................:     6 MONTHS     9 DAYS
PERCENTAGE OF FULL TERM SERVED..:  17.1
PERCENT OF STATUTORY TERM SERVED:  20.0

PROJECTED SATISFACTION DATE.....: 10-18-2028
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...:  60
```

S0055    NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE