# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: M | Race: WHITE | Facility: | COL |
| Note Date: | 08/24/2026 12:50 | Provider: | Lozada-Garcia, Julio RN | Unit: | B14 |

**Reviewed Health Status:** No

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Lozada-Garcia, Julio RN

The inmate is requesting information about his options for continuing orthodontic treatment while in BOP custody. He has been educated regarding the BOP policy on orthodontics.

NUMBER: 6400.03

Orthodontic treatment is not in the scope of practice of Bureau dental services. Inmates who enter custody while in orthodontic treatment by a private practitioner have two options:

-Fixed appliances (brackets, bands, arch-wire, etc.) may remain and serve as a retainer to maintain current tooth position.

-Alternatively, the patient may request removal of all orthodontic appliances. In doing so, he/she accepts that any progress in orthodontic movement may relapse. The Consent for Removal of Orthodontic Appliances (BP-A1041) shall be completed and placed in EMR under the Document Manager/Dental Consent Form section.

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Lozada-Garcia, Julio RN on 08/24/2026 12:59

Requested to be reviewed by Torres Marin, Gina DMD.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/24/2026 12:50 | Provider: | Lozada-Garcia, Julio RN | Facility: | COL |

**Reviewed by Torres Marin, Gina DMD on 08/25/2026 10:50.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Encounter Date: | 07/10/2026 08:13 | Provider: | Festa, M. (MOUD-MB) | Unit: | B14 |

**Reviewed Health Status:** Yes

Advanced Practice Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Festa, M. (MOUD-MB) APRN

Chief Complaint: ENDO/LIPID

Subjective: Inmate being seen today for f/u on labs.

Lab from June:
Total cholesterol= 205
Triglycerides=273
LDL=109

Currently not prescribed medication. Would like to trial lifestyle changes.
Reviewed commissary purchases- lots of junk food being consumed.

**Pain:** No

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 07/10/2026 08:13 by Festa, M. (MOUD-MB) APRN

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/10/2026 | 08:18 COX | 97.3 | 36.3 | | Festa, M. (MOUD-MB) APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/10/2026 | 08:18 COX | 84 | | | Festa, M. (MOUD-MB) APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/10/2026 | 08:18 COX | 16 | Festa, M. (MOUD-MB) APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/10/2026 | 08:18 COX | 133/87 | | | | Festa, M. (MOUD-MB) APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/10/2026 | 08:18 COX | 99 | | Festa, M. (MOUD-MB) APRN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/10/2026 | 08:18 COX | 179.0 | 81.2 | | Festa, M. (MOUD-MB) APRN |

**Exam:**

**Diagnostics**

**Laboratory**

Yes: Results

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Musculoskeletal**

**Gait**

Yes: Normal Gait

**Mental Health**

**Posture**

Yes: Within Normal Limits

**Affect**

Yes: Within Normal Limits

**Speech/Language**

Yes: Within Normal Limits

**Exam Comments**

Exam reveals inmate in no distress. Denies any discomforts or concerns at this time.

**ASSESSMENT:**

Hyperlipidemia, unspecified, E785 - Current

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Lipid Profile | One Time | 11/13/2026 00:00 | Routine |
| Labs requested to be reviewed by: | Franco, Karina (MOUD-B) MD | | |

**Disposition:**

Follow-up at Sick Call as Needed

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Encounter Date: | 07/10/2026 08:13 | Provider: | Festa, M. (MOUD-MB) | Unit: | B14 |

**Other:**

--discussed importance of diet and exercise. Reviewed commissary purchases and discussed healthier options.
--recheck lipids in 4 months.
--discussed lifestyle changes.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/10/2026 | Counseling | Access to Care | Festa, M. | Verbalizes Understanding |
| 07/10/2026 | Counseling | Plan of Care | Festa, M. | Verbalizes Understanding |
| 07/10/2026 | Counseling | Diet | Festa, M. | Verbalizes Understanding |
| 07/10/2026 | Counseling | Exercise | Festa, M. | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Festa, M. (MOUD-MB) APRN on 07/10/2026 08:22

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Encounter Date: | 07/02/2026 13:55 | Provider: | Festa, M. (MOUD-MB) | Unit: | B14 |

Admin Note - General Administrative Note encounter at Health Services.

**Reason Not Done:** No Show

**Comments:** Inmate did not show up for his scheduled call out to discuss labs

**Cosign Required:** No

Completed by Festa, M. (MOUD-MB) APRN on 07/02/2026 13:55.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE | Facility: | COL |
| Note Date: | 07/02/2026 11:01 | Provider: | Franco, Karina (MOUD- | | | Unit: | B14 |

**Reviewed Health Status:** Yes

Cosign Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Franco, Karina (MOUD-B) MD

A chart review has been conducted due to abnormal lab result
Patient will be scheduled for f/u

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors on 07/02/2026 11:01 by Franco, Karina (MOUD-B) MD

**Other:**

The patient is already on the schedule.

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Franco, Karina (MOUD-B) MD on 07/02/2026 11:03

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: M | Race: WHITE | Facility: | COL |
| Note Date: | 06/23/2026 14:40 | Provider: | Festa, M. (MOUD-MB) | Unit: | B14 |

**Reviewed Health Status:** No

Review Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Festa, M. (MOUD-MB) APRN

Abnormal lipids

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up<br>abnormal lipids | 07/10/2026 00:00 | Advanced Practice Provider |

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Festa, M. (MOUD-MB) APRN on 06/23/2026 14:41

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Encounter Date: | 05/22/2026 09:11 | Provider: | Padilla-Luna, Anselmo RN | Unit: | B14 |

**Reviewed Health Status:** Yes

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Padilla-Luna, Anselmo RN

Chief Complaint: Joint Instability

Subjective: I need a lower bunk because is difficult to get on my top bunk since a have surgery on my left knee that makes it difficult to climb up".

**Pain:** No

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/22/2026 09:11 by Padilla-Luna, Anselmo RN

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/22/2026 | 09:12 COX | 90 | Via Machine | | Padilla-Luna, Anselmo RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/22/2026 | 09:12 COX | 15 | Padilla-Luna, Anselmo RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/22/2026 | 09:12 COX | 143/96 | Left Arm | Sitting | Adult-large | Padilla-Luna, Anselmo RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/22/2026 | 09:12 COX | 98 | Room Air | Padilla-Luna, Anselmo RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

No: Irritable, Agitated, Flat, Anxious

**Appearance**

Yes: Appears Well, Alert and Oriented x 3, Alert & Oriented to Person, Alert & Oriented to Place, Alert & Oriented to Time, Oriented to person, place and time

No: Appears Distressed, Appears in Pain

**Skin**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Encounter Date: | 05/22/2026 09:11 | Provider: | Padilla-Luna, Anselmo RN | Unit: | B14 |

**General**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Musculoskeletal**

**Knee**

Yes: Joint Deformity L

No: Normal Exam L, Full Range of Motion L, Normal Bony Landmarks L, Symmetric L

**ASSESSMENT:**

Other

Inmate reports to sick call requesting a lower bunk pass since is difficult for him to climb up his top bunk. Inmate presents a post-surgical scar to his left leg knee area. He reports a Hx injury due to a motor vehicle accident, presents deformity at the left knee area with his left knee slightly larger than his right knee. MDS updated he will be issuing a lower bunk pass for 3 months until his x-rays are examined by a provider to determine if he meets the lower bunk criteria for an extended period of time.

**PLAN:**

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Knee-2 View AP/Lat [Left] | One Time | | 05/29/2026 | Routine |

Specific reason(s) for request (Complaints and findings):

Hx of knee surgery

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/22/2026 | Counseling | Access to Care | Padilla-Luna, Anselmo | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes **By:** Archer, Kendes (MOUD-B) MD/CD

**Telephone or Verbal order read back and verified.**

Completed by Padilla-Luna, Anselmo RN on 05/22/2026 09:23

Requested to be cosigned by Archer, Kendes (MOUD-B) MD/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/22/2026 09:11 | Provider: | Padilla-Luna, Anselmo | Facility: | COL |

**Cosigned by Archer, Kendes (MOUD-B) MD/CD on 05/26/2026 08:51.**

# Bureau of Prisons
# Health Services
# Health Screen

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/04/2026 13:19 | Provider: | Brown, Panzene RN | Facility: | COL |

**Location of Encounter:** Receiving & Discharge

**Reviewed Health Status:** Yes

**Seizures:** Denied

**Diabetes:** Denied

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:** Denied

**Respiratory:** Denied

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| **No Known Allergies** | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/04/2026 13:19 by Brown, Panzene RN

**PPD Administration:**

**Date/Time:** 05/04/2026 13:21

**Provider:** Brown, Panzene RN

**Location:** Left Forearm

**Drug Mfg:** Sanofi Pasteur

**Lot Number:** 4ca19c2

**Dosage:** 0.1mL

**Route:** ID

**Exp Dt:** 04/2028

**Comments:**

**Tuberculosis:**

**Hx of Previous Disease:** No

**Blood-tinged Sputum:** No

**Night Sweats:** No

**Weight Loss:** No

**Fever:** No

**Cough:** No

**Comments:**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/04/2026 13:19 | Provider: | Brown, Panzene RN | Facility: | COL |

**Infectious Disease Risk Factors:**

**IV Drug Use:** No

**IV Drug Use Needles:**

**Sexual Partner IV Drug Use:** No

**Sexual Partner IV Drug Use Needles:**

**Female Sexual Partners (Last 5 Yrs):** 1

**Male Sexual Partners (Last 5 Yrs):** 0

**Condom Use:** Never

**Sexual Contact With HIV+ Individual:** No

**Blood Product Transfusion:** No

**Travel Outside US:** No

**Tattoos:** No

**Comments:**

**History of HIV:** Denied

**History of Hepatitis:** Denied

**Other Infectious Diseases:** Denied

**Abuse History:** Denied

**Physical:** No

**Emotional:** No

**Sexual:** No

**Comments:**

**Mental Health:**

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Goal Directed

**Thought Content:** Normal

**Hx of Mental Health Treatment:** None

**Hx of Head Injury:** None

**Current Mental Health Treatment:** No

**Current Mental Health Complaint:** No

**Hx of Loss of Consciousness:** No

**Hx of Hearing Voices:** No

**Past History of Suicide Attempt:** No

**Current Suicide Ideation:** No

**Suicide Prevention Initiated:** No

**Comments:**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/04/2026 13:19 | Provider: | Brown, Panzene RN | Facility: | COL |

**Substance Use History:** Denied

**Currently enrolled in a medication for opioid use disorder/mat program:** No

**Current Painful Condition:** Denied

**Other Health Issues:**

**Current Medical Conditions:**

**Other Current Treatments:**

**Pregnant:** N/A

**Postpartum:** N/A

**Dental Condition:** Denied

**Observations:**

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/04/2026 | 13:25 COX | 70 | | | Brown, Panzene RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/04/2026 | 13:25 COX | 16 | Brown, Panzene RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/04/2026 | 13:25 COX | 153/94 | | | | Brown, Panzene RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/04/2026 | 13:25 COX | 99 | | Brown, Panzene RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/04/2026 | 13:25 COX | 145.0 | 65.8 | | Brown, Panzene RN |

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|

**Prosthetic Devices/Equipment:**

| Device/Equipment | Obtained From |
|---|---|
| Eye Glasses | Personal |

**Comments:**

**Potential Items For Follow-up:**

| Item |
|---|
| Eye Glasses |

Health Problems Newly Identified During This Encounter:

Health Problem

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| | | OTC | | No known OTCs | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-H-HIV 1/2<br>Lab Tests-H-Hep C Ab | One Time | 06/03/2026 00:00 | Routine |

Order Set Name: BOP - New Commit Intake Orders - v9

**Reconciled Orders:**
**No active [Labs, XRays, NMOS, etc.] orders to be reviewed.**
**Devices and Equipment Issued:**

| Device/Equipment | Start Date | Stop Date | Obtained From |
|---|---|---|---|
| Eye Glasses | 05/04/2026 | | Personal |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| PPD Reading | 05/06/2026 00:00 | Nurse |

**Order Sets Used in This Encounter:**

BOP - New Commit Intake Orders - v9

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes **By:** Ligonde Merisio, Michelle (MOUD-B) MD

**Telephone or Verbal order read back and verified.**

Completed by Brown, Panzene RN on 05/04/2026 13:30

Requested to be cosigned by Ligonde Merisio, Michelle (MOUD-B) MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/04/2026 13:19 | Provider: | Brown, Panzene RN | Facility: | COL |

**Cosigned by Ligonde Merisio, Michelle (MOUD-B) MD on 05/04/2026 16:04.**

# Bureau of Prisons
# Health Services
# History & Physical

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Encounter Date: | 05/15/2026 12:32 | Provider: | Festa, M. (MOUD-MB) | Unit: | B14 |

**Location of Encounter:** Health Services

**Reviewed Health Status:** Yes

**Seizures:** Denied

**Diabetes:** Denied

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:** Denied

**Respiratory:** Denied

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/15/2026 12:32 by Festa, M. (MOUD-MB) APRN

**Tuberculosis:**

**Hx of Previous Disease:** No

**Blood-tinged Sputum:** No

**Night Sweats:** No

**Weight Loss:** No

**Fever:** No

**Cough:** No

**Comments:**

**Infectious Disease Risk Factors:**

**IV Drug Use:** No

**IV Drug Use Needles:**

**Sexual Partner IV Drug Use:** No

**Sexual Partner IV Drug Use Needles:**

**Female Sexual Partners (Last 5 Yrs):** 1

**Male Sexual Partners (Last 5 Yrs):** 0

**Condom Use:** Never

**Sexual Contact With HIV+ Individual:** No

**Blood Product Transfusion:** No

**Travel Outside US:** No

**Tattoos:** No

**Comments:**

**Location of Encounter:** Health Services

**History of HIV:** Denied

**History of Hepatitis:** Denied

**Other Infectious Diseases:** Denied

**Abuse History:** Denied

**Physical:** No

**Emotional:** No

**Sexual:** No

**Comments:** denies

**Mental Health:**

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Goal Directed

**Thought Content:** Normal

**Hx of Mental Health Treatment:** None

**Hx of Head Injury:** None

**Current Mental Health Treatment:** No

**Current Mental Health Complaint:** No

**Hx of Loss of Consciousness:** No

**Hx of Hearing Voices:** No

**Past History of Suicide Attempt:** No

**Current Suicide Ideation:** No

**Suicide Prevention Initiated:** No

**Comments:**

**Substance Use History:** Denied

**Current Painful Condition:**

**Location:** Motorcycle accident--left leg pain.

**Other Health Issues:**

**Current Medical Conditions:**

**Other Current Treatments:**

**Pregnant:** N/A

**Postpartum:** N/A

**Dental Condition:** Denied

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Encounter Date: | 05/15/2026 12:32 | Provider: | Festa, M. (MOUD-MB) | Unit: | B14 |

**Location of Encounter:** Health Services

**Observations:**

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:**

**Location of Encounter:** Health Services

**Immunizations:**

**Hepatitis A Series Administration:** History Unknown, Not Administered

**Documented Date:** 05/15/2026 12:38 EST

**Immunization Date:**

**Provider:** Festa, M. (MOUD-MB)

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Hepatitis B Series Administration:** History Unknown, Not Administered

**Documented Date:** 05/15/2026 12:38 EST

**Immunization Date:**

**Provider:** Festa, M. (MOUD-MB)

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Measles/Mumps/Rubella Series Administration:** History Unknown, Not Administered

**Documented Date:** 05/15/2026 12:38 EST

**Immunization Date:**

**Provider:** Festa, M. (MOUD-MB)

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Smallpox Series Administration:** History Unknown, Not Administered

**Location of Encounter:** Health Services

**Documented Date:** 05/15/2026 12:38 EST

**Immunization Date:**

**Provider:** Festa, M. (MOUD-MB)

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Tetanus-Diphtheria Administration:** History Unknown, Not Administered

**Documented Date:** 05/15/2026 12:38 EST

**Immunization Date:**

**Provider:** Festa, M. (MOUD-MB)

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Varicella Series Administration:** History Unknown, Not Administered

**Documented Date:** 05/15/2026 12:38 EST

**Immunization Date:**

**Provider:** Festa, M. (MOUD-MB)

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/15/2026 | 12:36 COX | 97.3 | 36.3 | | Festa, M. (MOUD-MB) APRN |

**Pulse:**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Encounter Date: | 05/15/2026 12:32 | Provider: | Festa, M. (MOUD-MB) | Unit: | B14 |

**Location of Encounter:** Health Services

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/15/2026 | 12:36 COX | 79 | | | Festa, M. (MOUD-MB) APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/15/2026 | 12:36 COX | 16 | Festa, M. (MOUD-MB) APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/15/2026 | 12:36 COX | 139/78 | | | | Festa, M. (MOUD-MB) APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/15/2026 | 12:36 COX | 99 | | Festa, M. (MOUD-MB) APRN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 05/15/2026 | 12:36 COX | 69.0 | 175.3 | Festa, M. (MOUD-MB) APRN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/15/2026 | 12:36 COX | 145.0 | 65.8 | | Festa, M. (MOUD-MB) APRN |

**Prosthetic Devices/Equipment:**

| Device/Equipment | Obtained From |
|---|---|
| Eye Glasses | Personal |

**Comments:**

**Tobacco Usage:**

**Cigarettes:** 1 pkgs per day x 10 years

**Cigars:**

**Pipes:**

**Smokeless:**

**General Social History:**

**Foreign Travel:**

**Born in USA:** No

**Country of Birth:** Brazil

**Patient Education Assessments:**

| Date | Ed Yrs | Occupation | Learns Best By | Primary Language | Barriers to Education |
|---|---|---|---|---|---|
| 05/15/2026 | 12 | flooring | One to One | Spanish | None, Language |

**Family History - Father:**

**Age at Death:**

**Cause of Death:** alive

**Significant Illnesses:**

**Location of Encounter:** Health Services

**Comments:**

**Family History - Mother:**

**Age at Death:**

**Cause of Death:** alive

**Significant Illnesses:**

**Comments:**

**Family History - Sibling:**

**Number of Siblings:** 1

**Significant Illnesses:**

**Comments:** healthy

**ROS:**

**Integumentary**

**Hair**

Yes: Within Normal Limits

**Nails**

Yes: Within Normal Limits

**Skin**

Yes: Within Normal Limits

**HEENT**

**Ears**

Yes: Within Normal Limits

**Eyes**

Yes: Within Normal Limits

**Head**

Yes: Within Normal Limits

**Mouth**

Yes: Within Normal Limits

**Neck**

Yes: Within Normal Limits

**Nose**

Yes: Within Normal Limits

**Throat**

Yes: Within Normal Limits

**Sinuses**

Yes: Within Normal Limits

**Cardiovascular**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Location of Encounter:** Health Services

**Respiratory System**

Yes: Within Normal Limits

**GI**

**General**

Yes: Within Normal Limits

**GU**

**General**

Yes: Within Normal Limits

**Musculoskeletal**

**General**

Yes: Within Normal Limits

**Endocrine**

**General**

Yes: Within Normal Limits

**Past Hospitalization:**

| Reason | Location | When |
|---|---|---|
| Motorcycle accident-injury left leg, rod placement | | 2006 |

**Complications:**

**Comments:**

**Head:**

**Normal:** Yes

**Comments:**

**Eyes:**

**EOMI:** Yes

**Icterus:** No

**Conjunctival Inflammation:** No

**Pupils PERRLA:** Yes

**Pupil Size Rt:**

**Pupil Size Lt:**

**Pupils Comments:**

**Fundi Vessels Nicking:** No

**Fundi Vessels Discs Flat:** Yes

**Fundi Vessels Discs Sharp Margins:** Yes

**Fundi Vessels Grounds Abnormal:** No

**Eyes Comments:**

**Ears:**

**Right Ear:** Canal patent

**Left Ear:** Canal patent

**Ears Comments:**

**Location of Encounter:** Health Services

**Nose:**

**Nares Patent:** Yes

**Septum Midline:** Yes

**Septum Intact:** Yes

**Drainage/Discharge:** No

**Polyps:** No

**Nose Comments:**

**Mouth**

**Lesions:** No

**Oral/Buccal Mucosa:** Yes

**Gums Normal:** Yes

**Tonsils Present:** Yes

**Tonsils Normal:** Yes

**Pharynx:** Normal Color

**Teeth Poor Dentition:** No

**Teeth Count:** Mostly Present

**Dentures:** No

**Mouth Comments:**

**Cranial Nerves:**

**Intact II-XII:** Yes

**Cranial Nerves Comments:**

**Neck:**

**Full ROM:** Yes

**Masses/Nodes:** No

**Trachea:** Midline

**Thyroid:** Normal Size

**Comments:**

**Breasts:**

**Normal:** Yes

**Masses:** No

**Tenderness:** No

**Scars:** No

**Dimpling:** No

**Nipple Discharge:** No

**Nipple Retraction:** No

**Instructions for Self Breast Exam Given:** No

**Comments:**

**Location of Encounter:** Health Services

**Thorax:**

**Contour Normal:** Yes

**Increased AP Diameter:** No

**Asymmetrical Expansion:** No

**Lungs Clear:** Yes

**Wheezes:** No

**Crackles:** No

**Rhonchi:** No

**Rales:** No

**Accessory Muscle Use:** No

**Comments:**

**Spine:**

**Deformity:** No

**Full ROM:** Yes

**Tenderness:** No

**Comments:**

**Cardiovascular:**

**RRR:** Yes

**Normal S1/S2:** Yes

**Murmurs:** No

**Carotid Bruits:** No

**JVD:** No

| **Arteries:** | **Right** | **Left** |
|---|---|---|
| **Radial:** | | |
| **Femoral:** | | |
| **Dorsalis Pedis:** | | |
| **Post. Tibialis:** | | |

**Comments:**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Encounter Date: | 05/15/2026 12:32 | Provider: | Festa, M. (MOUD-MB) | Unit: | B14 |

**Location of Encounter:** Health Services

**Abdomen:**

**Normal Contour:** Yes
**Scaphoid:** No
**Obese:** No
**Gravid:** No
**Hernias:** No
**Bruits:** No
**Masses:** No
**Scars:** No
**Tenderness:** No
**Organomegaly:** No
**Active Bowel Sounds:** Yes
**Comments:**

**Extremities:**

**Nails Clubbing:** No
**Nails Cyanosis:** No
**Lower Extremity Edema - Right:** None
**Lower Extremity Edema - Left:** None
**Atrophy:** No
**Amputations:** No
**Other Deformities:** No
**Varicosities:** No
**Calf Tenderness:** No
**Pulse Deficit:** No

| **Strength:** | **Right** | **Left** |
|---|---|---|
| **Arm:** | | |
| **Leg:** | | |

| **Full ROM:** | **Right** | **Left** |
|---|---|---|
| **Arm:** | Yes | Yes |
| **Leg:** | Yes | Yes |

**Comments:**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Encounter Date: | 05/15/2026 12:32 | Provider: | Festa, M. (MOUD-MB) | Unit: | B14 |

**Location of Encounter:** Health Services

**Reflexes:**

| | Right | Left |
|---|---|---|
| **Biceps:** | | |
| **Patellar:** | | |
| **Brachioradialis:** | | |
| **Achilles:** | | |

**Sensation:**

**Vibratory:** Yes

**Light Touch:** Yes

**Pin Prick:** Yes

**Comments:**

**GU:**

**Chaperoned By:**

**Rectum: Not Done**

**Comments:** defer

**Male Genitalia: Not Done**

**Comments:** defer

**Skin:**

**Normal:** Yes

**Rash:** No

**Redness:** No

**Abnormal Pigmentation:** No

**Abnormal Lesions/Growths:** No

**Comments:**

**Lymphatics:**

**Adenopathy:** No

**Comments:**

**Potential Items For Follow-up:**

**Item**

Current Painful Condition

Eye Glasses

Tobacco History

Rectum Not Done

Male Genitalia Not Done

PPD Administration Not Performed

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Encounter Date: | 05/15/2026 12:32 | Provider: | Festa, M. (MOUD-MB) | Unit: | B14 |

**Location of Encounter:** Health Services

**Cleared For Food Services:** Yes

Health Problems Newly Identified During This Encounter:

Health Problem

Pain in leg, unspecified - Current - left leg

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Lipid Profile<br>Lab Tests - Short List-General-TSH<br>Lab Tests - Short List-General-CBC w/diff<br>Lab Tests - Short List-General-T4, Free<br>Lab Tests - Short List-General-Hemoglobin A1C<br>Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | One Time | 05/29/2026 00:00 | Routine |

Labs requested to be reviewed by: Franco, Karina (MOUD-B) MD

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Leg / Fibula & Tibia-2 view AP/Lat [Left], General Radiology-Lower Leg-General [Left] | One Time | | 06/12/2026 | Routine |

Specific reason(s) for request (Complaints and findings):

chronic pain

**Disposition:**

Follow-up at Sick Call as Needed

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Festa, M. (MOUD-MB) APRN on 05/15/2026 12:46

Requested to be cosigned by Franco, Karina (MOUD-B) MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/15/2026 12:32 | Provider: | Festa, M. (MOUD-MB) | Facility: | COL |

**Cosigned by Franco, Karina (MOUD-B) MD on 05/15/2026 13:45.**

# Bureau of Prisons
# Health Services
# Vitals All

| | | | |
|---|---|---|---|
| Begin Date: | 01/01/2026 | End Date: | 11/10/2026 |
| Reg #: | 74744-511 | Inmate Name: | PEREIRA DA SILVA JR, GILMAR |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/20/2026 | 12:01 COX | 97.9 | 36.6 | | Pham, N. DMD |
| **Orig Entered:** | 10/20/2026 15:03 EST | Pham, N. DMD | | | |
| 08/24/2026 | 12:29 COX | 98.5 | 36.9 | | Torres Marin, Gina DMD |
| **Orig Entered:** | 08/24/2026 12:30 EST | Torres Marin, Gina DMD | | | |
| ~~07/30/2026~~ | ~~10:49 COX~~ | ~~98.2~~ | ~~36.8~~ | | ~~Preston, Jodi RDH~~ |
| ~~**Orig Entered:**~~ | ~~07/30/2026 10:53 EST~~ | ~~Preston, Jodi RDH~~ | | | |
| **Last Updated:** | 07/30/2026 10:56 EST | Preston, Jodi RDH | | | |
| 07/23/2026 | 13:54 COX | 98.2 | 36.8 | | Torres Marin, Gina DMD |
| **Orig Entered:** | 07/23/2026 13:57 EST | Torres Marin, Gina DMD | | | |
| 07/10/2026 | 08:18 COX | 97.3 | 36.3 | | Festa, M. (MOUD-MB) APRN |
| **Orig Entered:** | 07/10/2026 08:19 EST | Festa, M. (MOUD-MB) APRN | | | |
| 05/15/2026 | 13:07 COX | 98.6 | 37.0 | | Torres Marin, Gina DMD |
| **Orig Entered:** | 05/15/2026 13:09 EST | Torres Marin, Gina DMD | | | |
| 05/15/2026 | 12:36 COX | 97.3 | 36.3 | | Festa, M. (MOUD-MB) APRN |
| **Orig Entered:** | 05/15/2026 12:38 EST | Festa, M. (MOUD-MB) APRN | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/20/2026 | 12:01 COX | 94 | | | Pham, N. DMD |
| **Orig Entered:** | 10/20/2026 15:03 EST | Pham, N. DMD | | | |
| 08/24/2026 | 12:29 COX | 79 | Via Machine | | Torres Marin, Gina DMD |
| **Orig Entered:** | 08/24/2026 12:30 EST | Torres Marin, Gina DMD | | | |
| ~~07/30/2026~~ | ~~10:49 COX~~ | ~~78~~ | | | ~~Preston, Jodi RDH~~ |
| ~~**Orig Entered:**~~ | ~~07/30/2026 10:53 EST~~ | ~~Preston, Jodi RDH~~ | | | |
| **Last Updated:** | 07/30/2026 10:56 EST | Preston, Jodi RDH | | | |
| 07/23/2026 | 13:54 COX | 69 | Via Machine | | Torres Marin, Gina DMD |
| **Orig Entered:** | 07/23/2026 13:57 EST | Torres Marin, Gina DMD | | | |
| 07/10/2026 | 08:18 COX | 84 | | | Festa, M. (MOUD-MB) APRN |
| **Orig Entered:** | 07/10/2026 08:19 EST | Festa, M. (MOUD-MB) APRN | | | |
| 05/22/2026 | 09:12 COX | 90 | Via Machine | | Padilla-Luna, Anselmo RN |
| **Orig Entered:** | 05/22/2026 09:14 EST | Padilla-Luna, Anselmo RN | | | |
| 05/15/2026 | 13:08 COX | 74 | Via Machine | | Torres Marin, Gina DMD |
| **Orig Entered:** | 05/15/2026 13:09 EST | Torres Marin, Gina DMD | | | |
| 05/15/2026 | 12:36 COX | 79 | | | Festa, M. (MOUD-MB) APRN |
| **Orig Entered:** | 05/15/2026 12:38 EST | Festa, M. (MOUD-MB) APRN | | | |
| 05/04/2026 | 13:25 COX | 70 | | | Brown, Panzene RN |
| **Orig Entered:** | 05/04/2026 13:27 EST | Brown, Panzene RN | | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/10/2026 | 08:18 COX | 16 | Festa, M. (MOUD-MB) APRN |
| | **Orig Entered:** 07/10/2026 08:19 EST | | Festa, M. (MOUD-MB) APRN |
| 05/22/2026 | 09:12 COX | 15 | Padilla-Luna, Anselmo RN |
| | **Orig Entered:** 05/22/2026 09:14 EST | | Padilla-Luna, Anselmo RN |
| 05/15/2026 | 12:36 COX | 16 | Festa, M. (MOUD-MB) APRN |
| | **Orig Entered:** 05/15/2026 12:38 EST | | Festa, M. (MOUD-MB) APRN |
| 05/04/2026 | 13:25 COX | 16 | Brown, Panzene RN |
| | **Orig Entered:** 05/04/2026 13:27 EST | | Brown, Panzene RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/20/2026 | 12:01 COX | 129/88 | Left Arm | Sitting | | Pham, N. DMD |
| | **Orig Entered:** 10/20/2026 15:03 EST | | Pham, N. DMD | | | |
| 08/24/2026 | 12:29 COX | 140/100 | Left Arm | Sitting | Adult-regular | Torres Marin, Gina DMD |
| | **Orig Entered:** 08/24/2026 12:30 EST | | Torres Marin, Gina DMD | | | |
| ~~07/30/2026~~ | ~~10:49 COX~~ | ~~112/78~~ | | | | ~~Preston, Jodi RDH~~ |
| | ~~**Orig Entered:** 07/30/2026 10:53 EST~~ | | ~~Preston, Jodi RDH~~ | | | |
| | **Last Updated:** 07/30/2026 10:56 EST | | Preston, Jodi RDH | | | |
| 07/23/2026 | 13:54 COX | 147/90 | Left Arm | Sitting | Adult-regular | Torres Marin, Gina DMD |
| | **Orig Entered:** 07/23/2026 13:57 EST | | Torres Marin, Gina DMD | | | |
| 07/10/2026 | 08:18 COX | 133/87 | | | | Festa, M. (MOUD-MB) APRN |
| | **Orig Entered:** 07/10/2026 08:19 EST | | Festa, M. (MOUD-MB) APRN | | | |
| 05/22/2026 | 09:12 COX | 143/96 | Left Arm | Sitting | Adult-large | Padilla-Luna, Anselmo RN |
| | **Orig Entered:** 05/22/2026 09:14 EST | | Padilla-Luna, Anselmo RN | | | |
| 05/15/2026 | 13:08 COX | 131/90 | Left Arm | Sitting | Adult-regular | Torres Marin, Gina DMD |
| | **Orig Entered:** 05/15/2026 13:09 EST | | Torres Marin, Gina DMD | | | |
| 05/15/2026 | 12:36 COX | 139/78 | | | | Festa, M. (MOUD-MB) APRN |
| | **Orig Entered:** 05/15/2026 12:38 EST | | Festa, M. (MOUD-MB) APRN | | | |
| 05/04/2026 | 13:25 COX | 153/94 | | | | Brown, Panzene RN |
| | **Orig Entered:** 05/04/2026 13:27 EST | | Brown, Panzene RN | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/10/2026 | 08:18 COX | 99 | | Festa, M. (MOUD-MB) APRN |
| | **Orig Entered:** 07/10/2026 08:19 EST | | | Festa, M. (MOUD-MB) APRN |
| 05/22/2026 | 09:12 COX | 98 | Room Air | Padilla-Luna, Anselmo RN |
| | **Orig Entered:** 05/22/2026 09:14 EST | | | Padilla-Luna, Anselmo RN |
| 05/15/2026 | 12:36 COX | 99 | | Festa, M. (MOUD-MB) APRN |
| | **Orig Entered:** 05/15/2026 12:38 EST | | | Festa, M. (MOUD-MB) APRN |
| 05/04/2026 | 13:25 COX | 99 | | Brown, Panzene RN |
| | **Orig Entered:** 05/04/2026 13:27 EST | | | Brown, Panzene RN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 05/15/2026 | 12:36 COX | 69.0 | 175.3 | Festa, M. (MOUD-MB) APRN |

**Orig Entered:** 05/15/2026 12:38 EST Festa, M. (MOUD-MB) APRN

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/10/2026 | 08:18 COX | 179.0 | 81.2 | | Festa, M. (MOUD-MB) APRN |
| | **Orig Entered:** 07/10/2026 08:19 EST Festa, M. (MOUD-MB) APRN | | | | |
| 05/15/2026 | 12:36 COX | 145.0 | 65.8 | | Festa, M. (MOUD-MB) APRN |
| | **Orig Entered:** 05/15/2026 12:38 EST Festa, M. (MOUD-MB) APRN | | | | |
| 05/04/2026 | 13:25 COX | 145.0 | 65.8 | | Brown, Panzene RN |
| | **Orig Entered:** 05/04/2026 13:27 EST Brown, Panzene RN | | | | |

# Bureau of Prisons
# Health Services
# PPDs

**Reg #:** 74744-511 **Inmate Name:** PEREIRA DA SILVA JR, GILMAR

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 05/04/2026 13:21 | Left Forearm | Brown, Panzene RN | 05/06/2026 18:10 | 0 mm | Padilla-Luna, Anselmo RN |
| **Orig Entered:** 05/04/2026 13:25 EST | Brown, Panzene RN | | **Orig Entered:** 05/06/2026 18:10 EST | | Padilla-Luna, Anselmo RN |

**Total:** 1

# Bureau of Prisons
## Health Services
## Devices and Equipment

| | | | |
|---|---|---|---|
| **Start Date:** | 01/01/2026 | **Stop Date:** | 11/10/2026 |
| **Reg #:** | 74744-511 | **Inmate Name:** | PEREIRA DA SILVA JR, GILMAR |

| Device/Equipment | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|
| Eye Glasses | | | | | |
| 05/04/2026 13:27 EST Brown, Panzene RN | 05/04/2026 | | | Personal | |

**Total:** 1

# Bureau of Prisons
# Health Services
# Allergies

Reg #: 74744-511 Inmate Name: PEREIRA DA SILVA JR, GILMAR

| Allergy | Date Noted | Reaction |
|---|---|---|
| No Known Allergies | 05/04/2026 | |

**Orig Entered:** 05/04/2026 13:21 EST Brown, Panzene RN

**Total:** 1

# Bureau of Prisons
# Health Services
# Patient Education Assessments & Topics

**Reg #:** 74744-511 **Inmate Name:** PEREIRA DA SILVA JR, GILMAR

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|
| 05/15/2026 | One to One | Spanish | 12 | None, Language | Festa, M. |
| | **Orig Entered:** 05/15/2026 12:39 EST Festa, M. (MOUD-MB) | | | | |

**Total:** 1

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 10/21/2026 | Counseling | Diagnosis | Verbalizes Understanding | Pham, N. |
| | **Orig Entered:** 10/21/2026 09:11 EST Pham, N. | | | |
| 10/21/2026 | Counseling | Other | Verbalizes Understanding | Pham, N. |
| | **Orig Entered:** 10/21/2026 09:11 EST Pham, N. | | | |
| 10/21/2026 | Counseling | Access to Care | Verbalizes Understanding | Pham, N. |
| | **Orig Entered:** 10/21/2026 09:11 EST Pham, N. | | | |
| 10/21/2026 | Counseling | Diagnosis | Verbalizes Understanding | Pham, N. |
| | **Orig Entered:** 10/21/2026 09:42 EST Pham, N. | | | |
| 10/21/2026 | Counseling | Other | Verbalizes Understanding | Pham, N. |
| | **Orig Entered:** 10/21/2026 09:42 EST Pham, N. | | | |
| 10/21/2026 | Counseling | Access to Care | Verbalizes Understanding | Pham, N. |
| | **Orig Entered:** 10/21/2026 09:42 EST Pham, N. | | | |
| 08/24/2026 | Counseling | Access to Care | Returns Demonstration | Torres Marin, Gina |
| | **Orig Entered:** 08/24/2026 13:11 EST Torres Marin, Gina | | | |
| 08/24/2026 | Counseling | Oral Hygiene Instructions | Attentive | Torres Marin, Gina |
| | **Orig Entered:** 08/24/2026 13:11 EST Torres Marin, Gina | | | |
| 07/23/2026 | Counseling | Plan of Care | Returns Demonstration | Torres Marin, Gina |
| | **Orig Entered:** 07/23/2026 14:17 EST Torres Marin, Gina | | | |
| 07/23/2026 | Counseling | Oral Hygiene Instructions | Returns Demonstration | Torres Marin, Gina |

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | **Orig Entered:** 07/23/2026 14:17 EST | Torres Marin, Gina | | |
| 07/10/2026 | Counseling | Access to Care | Verbalizes Understanding | Festa, M. |
| | **Orig Entered:** 07/10/2026 08:21 EST | Festa, M. (MOUD-MB) | | |
| 07/10/2026 | Counseling | Plan of Care | Verbalizes Understanding | Festa, M. |
| | **Orig Entered:** 07/10/2026 08:21 EST | Festa, M. (MOUD-MB) | | |
| 07/10/2026 | Counseling | Diet | Verbalizes Understanding | Festa, M. |
| | **Orig Entered:** 07/10/2026 08:21 EST | Festa, M. (MOUD-MB) | | |
| 07/10/2026 | Counseling | Exercise | Verbalizes Understanding | Festa, M. |
| | **Orig Entered:** 07/10/2026 08:21 EST | Festa, M. (MOUD-MB) | | |
| 05/22/2026 | Counseling | Access to Care | Verbalizes Understanding | Padilla-Luna, Anselmo |
| | **Orig Entered:** 05/22/2026 09:16 EST | Padilla-Luna, Anselmo | | |

**Total:** 15

# Bureau of Prisons
# Health Services
# Health Problems

Reg #: 74744-511 Inmate Name: PEREIRA DA SILVA JR, GILMAR

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Hyperlipidemia, unspecified | | | | | | |
| 07/10/2026 08:20 EST Festa, M. (MOUD-MB) APRN | | ICD-10 | E785 | 07/10/2026 | Current | |
| Chronic gingivitis | | | | | | |
| 07/23/2026 14:16 EST Torres Marin, Gina DMD | | ICD-10 | K051 | 07/23/2026 | Current | |
| Plaque induced. | | | | | | |
| Partial loss of teeth | | | | | | |
| 10/21/2026 09:05 EST Pham, N. DMD | | ICD-10 | K08409 | 10/21/2026 | Current | |
| Pain in leg, unspecified | | | | | | |
| 05/15/2026 12:44 EST Festa, M. (MOUD-MB) APRN | | ICD-10 | M79606 | 05/15/2026 | Current | |
| left leg | | | | | | |
| **Resolved** | | | | | | |
| Retained dental root | | | | | | |
| 10/21/2026 09:05 EST Pham, N. DMD | | ICD-10 | K083 | 10/21/2026 | Resolved | 10/21/2026 |
| #8 - patient refused extraction and refused to sign informed refusal form | | | | | | |
| Encounter for screening for dental disorders | | | | | | |
| 08/24/2026 13:10 EST Torres Marin, Gina DMD | | ICD-10 | Z1384 | 08/24/2026 | Resolved | 08/24/2026 |

**Total:** 6

# Bureau of Prisons
## Health Services
## Vision Screens

Reg #: 74744-511 Inmate Name: PEREIRA DA SILVA JR, GILMAR

**Vision Screen on** 05/26/2026 08:13

**Blindness:**

| | | | |
|---|---|---|---|
| **Distance Vision:** | OD: | OS: | OU: |
| **Near Vision:** | OD: | OS: | OU: |

**With Corrective**

| | | | |
|---|---|---|---|
| **Distance Vision:** | OD: 20/50 | OS: 20/50 | OU: 20/50 |
| **Near Vision:** | OD: | OS: | OU: |

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | | | | |
| **L:** | | | | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | | | | |
| **L:** | | | | |

**Color Test:**

**Tonometry:** R: L:

**Comments:**

**Orig Entered:** 05/26/2026 08:16 EST Jackson, B. NRP

# Bureau of Prisons
## Health Services
## Immunizations

Begin Date: 01/01/2026 End Date: 11/10/2026
Reg #: 74744-511 Inmate Name: PEREIRA DA SILVA JR, GILMAR

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| Hepatitis A Series | | History Unknown | | | | | | |
| **Orig Entered:** 05/15/2026 12:38 EST | | Festa, M. (MOUD-MB) APRN | | | | | | |
| Hepatitis B Series | | History Unknown | | | | | | |
| **Orig Entered:** 05/15/2026 12:38 EST | | Festa, M. (MOUD-MB) APRN | | | | | | |
| Measles/Mumps/Rubella Series | | History Unknown | | | | | | |
| **Orig Entered:** 05/15/2026 12:38 EST | | Festa, M. (MOUD-MB) APRN | | | | | | |
| Smallpox Series | | History Unknown | | | | | | |
| **Orig Entered:** 05/15/2026 12:38 EST | | Festa, M. (MOUD-MB) APRN | | | | | | |
| Tetanus-Diphtheria | | History Unknown | | | | | | |
| **Orig Entered:** 05/15/2026 12:38 EST | | Festa, M. (MOUD-MB) APRN | | | | | | |
| Varicella Series | | History Unknown | | | | | | |
| **Orig Entered:** 05/15/2026 12:38 EST | | Festa, M. (MOUD-MB) APRN | | | | | | |

**Total:** 6

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #: 74744-511 Inmate Name: PEREIRA DA SILVA JR, GILMAR

**Housing Status**

__ confined to the living quarters except __ meals __ pill line __ treatments Exp. Date: ____________

__ on complete bed rest: __ bathroom privileges only Exp. Date: ____________

X cell: __ cell on first floor __ single cell X lower bunk __ airborne infection isolation Exp. Date: 08/24/2026

__ other: ______________________________ Exp. Date: ____________

**Physical Limitation/Restriction**

__ all sports Exp. Date: ____________

__ weightlifting: __ upper body __ lower body Exp. Date: ____________

__ cardiovascular exercise: __ running __ jogging __ walking __ softball Exp. Date: ____________
__ football __ basketball __ handball __ stationary equipment

__ other: ______________________________ Exp. Date: ____________

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Eye Glasses | 05/04/2026 | | |

**Work Restriction / Limitation:**

Cleared for Food Service: **Yes**

X No Restrictions

**Comments:** N/A

**Padilla-Luna, Anselmo RN** — **05/22/2026**
Health Services Staff — Date

Inmate Name: **PEREIRA DA SILVA JR, GILMAR** Reg #: **74744-511** Quarters: **B13**

***ALL EXPIRATION DATES ARE AT 24:00***

PEREIRA DA SILVA JR, GILMAR 11/10/2026

# Bureau of Prisons
# Health Services
# Medical Duty Status

Reg #: 74744-511 Inmate Name: PEREIRA DA SILVA JR, GILMAR

**Housing Status**

__ confined to the living quarters except __meals __pill line __treatments Exp. Date: ____________

__ on complete bed rest: __bathroom privileges only Exp. Date: ____________

__ cell: __cell on first floor __single cell __lower bunk __airborne infection isolation Exp. Date: ____________

__ other: ____________ Exp. Date: ____________

**Physical Limitation/Restriction**

__ all sports Exp. Date: ____________

__ weightlifting: __upper body __lower body Exp. Date: ____________

__ cardiovascular exercise: __running __jogging __walking __softball Exp. Date: ____________

__football __basketball __handball __stationary equipment

__ other: ____________ Exp. Date: ____________

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Eye Glasses | 05/04/2026 | | |

**Work Restriction / Limitation:**

Cleared for Food Service: **Yes**

X No Restrictions

**Comments:** N/A

**Festa, M. (MOUD-MB) APRN** — **05/15/2026**

Health Services Staff — Date

Inmate Name: **PEREIRA DA SILVA JR, GILMAR** Reg #: **74744-511** Quarters: **B13**

***ALL EXPIRATION DATES ARE AT 24:00***

PEREIRA DA SILVA JR, GILMAR 11/10/2026

# Bureau of Prisons
# Health Services
# Dental Health History Screen

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: M | Race: WHITE | Facility: | COL |
| Encounter Date: | 05/15/2026 13:09 | Provider: | Torres Marin, Gina | Unit: | B14 |

**ASSESSMENTS:**

**Health Problems as of Dental Health History Encounter date:** 05/15/2026 13:09

Health Problems

| Health Problem | Status |
|---|---|
| Pain in leg, unspecified<br>left leg | Current |

**Medical History as of Dental Health History Encounter date:** 05/15/2026 13:09

**Medical History:**

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/15/2026 13:09 by Torres Marin, Gina DMD

**Seizures:** Denied

**Diabetes:** Denied

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:** Denied

**Respiratory:** Denied

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

**History of HIV:** Denied

**History of Hepatitis:** Denied

**Other Infectious Diseases:** Denied

**Other Health Issues:**

**Other Medical Conditions And Treatment:**

**Current Medical Conditions:**

**Other Current Treatments:**

**Pregnant:** N/A

**Dental Observations as of Dental Health History Encounter date:** 05/15/2026 13:09

**History:**

**Alcohol:** No

**Methamphetamine:** No

**Tobacco products:** Yes

**Other drugs:** No

**Sensitive teeth:** No

**Bleeding gums:** No

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: M | Race: WHITE | Facility: | COL |
| Encounter Date: | 05/15/2026 13:09 | Provider: | Torres Marin, Gina | Unit: | B14 |

| | |
|---|---|
| **Food impaction:** | No |
| **Pain around ear:** | No |
| **Toothache:** | No |
| **Wear partial dentures:** | No |
| **Unusual sounds while eating:** | No |
| **Snoring:** | No |
| **Blisters on lips or mouth:** | No |
| **Clenching or grinding:** | No |
| **Swelling or lumps in mouth/throat:** | No |
| **Burning tongue:** | No |
| **Bad breath:** | No |
| **Decayed teeth:** | No |
| **Loose teeth:** | No |
| **Wear dentures:** | No |
| **None:** | Yes |
| **Comments:** | |

| | |
|---|---|
| **Cardiac Condition Requiring Prophylaxis:** | No |
| **Prosthetic joint(s):** | No |
| **Radiation history of head or neck:** | No |
| **Excessive bleeding:** | No |
| **Bisphosphonates:** | No |
| **Comments:** | |

**Medications as of Dental Health History Encounter date:** 05/15/2026 13:09

Medications:

None

OTCs: Listing of all known OTCs this inmate is currently taking.

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Torres Marin, Gina DMD on 05/15/2026 13:10

# Bureau of Prisons
# Health Services
# Dental A&O Exam

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: M | Race: WHITE | Facility: | COL |
| Encounter Date: | 05/15/2026 13:09 | Provider: | Torres Marin, Gina DMD | Unit: | B14 |

Reviewed Health Status: Yes

Occlusion: Class I

Oral Hygiene: Fair

**CPITN:**

| | | |
|---|---|---|
| 3 | 2 | 3 |
| 3 | 3 | 3 |

Hard and soft tissue examination performed and documented on BP618 form: Yes

Head & Neck/Soft Tissue within normal limits? Yes

Comments: Ortho treatment in progress.

| **Decayed:** | **Missing:** | **Filled:** |
|---|---|---|
| 0 | 8 | 6 |

Comments:

Approved for hygiene appointment and radiographs: Yes

Instructed inmate how to obtain routine and emergency dental care. Oral hygiene instructions given: Yes

Dental A&O Screening Exam findings entered on PEREIRA DA SILVA JR, GILMAR by Torres Marin, Gina DMD on 05/15/2026 13:09.

# Bureau of Prisons
# Health Services
# Dental A&O Exam

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Encounter Date: | 05/08/2026 12:48 | Provider: | Torres Marin, Gina DMD | Unit: | Z02 |

**Reason Not Done:** Unavailable

**Comments:** AIC was on the call out for A&O. AIC is in SHU.
Start of incarceration 5/4/26.

Completed by Torres Marin, Gina DMD on 05/08/2026 12:49

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Note Date: | 11/06/2026 08:13 | Provider: | Pham, N. DMD | Unit: | B13 |

**Reviewed Health Status:** Yes

Administrative Note encounter performed at Dental Clinic.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Pham, N. DMD

Patient came to callout today for follow up of our requesting of his current orthodontist's name, phone number, address and patient refused to give it.

He kept saying that "Dental Low has it. I already gave it."

Repeatedly reminding patient that we don't have that information and this is the third time that we are asking for this information and he still does not provide us the name of the current orthodontist's information.

Informed patient that we cannot evaluate his orthodontic needs without the previous orthodontic records. Refusal to provide the name of the current provider is a refusal of care. Patient understood and acknowledged.

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Pham, N. DMD on 11/06/2026 08:23

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Note Date: | 10/28/2026 08:37 | Provider: | Pham, N. DMD | Unit: | B13 |

**Reviewed Health Status:** Yes

Administrative Note encounter performed at Dental Clinic.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Pham, N. DMD

Patient came to dental clinic today stating that he's gathering all of his orthodontic medical records from Brazil and he does not know when he will have it. He said that his medical records in Brazil are more important because it has all of his records about his jaw surgery and orthodontic treatment. He also stated that he goes there sometimes for treatment but did not specify how often and when. When asked about the point of contact, address, phone number of his orthodontist in Florida, he refused to give it.

Patient is repeatedly reminded that we need to have his current orthodontic records from Florida as well.

He understood, agreed, and stated when he gets it, he will bring it over, time is unknown.

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Pham, N. DMD on 10/28/2026 08:51

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Note Date: | 10/27/2026 12:02 | Provider: | Pham, N. DMD | Unit: | B13 |

**Reviewed Health Status:** Yes

Administrative Note encounter performed at Dental Clinic.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Pham, N. DMD

When he was seen on 10/20/2026, he stated that he would get his orthodontist's info to us on the same day or the next day.

Today, 10/27/2026, patient still did not come back to give us the address, phone number and fax number of his orthodontist. We are still waiting for this information so that we can have him sign the Authorization For Release of Medical Records form in order for us to obtain his previous orthodontic records.

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Pham, N. DMD on 10/27/2026 12:06

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M Race: WHITE | Facility: | COL |
| Note Date: | 10/23/2026 13:54 | Provider: | Pham, N. DMD | Unit: | B13 |

**Reviewed Health Status:** Yes

Administrative Note encounter performed at Dental Clinic.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Pham, N. DMD

Patient claimed that he lost his front tooth #8 and #30 and broke his braces during his stay in SHU in May 2026.

Clinical impression:
Retained root tooth #8 had been broken a long time ago, root has been embedded into tissue, all the wires on the top arch had been cut very clean by professional, not just being broken off casually by anyone, tooth #30 x-ray shown the tooth was extracted some time ago and bone has already filled in densely, does not look like the tooth was extracted within 6 months, clinically, tissue already heals. All the teeth with ortho brackets are stable, no indication that teeth are on active ortho status.

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Pham, N. DMD on 10/23/2026 14:02

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

Inmate Name: PEREIRA DA SILVA JR, GILMAR | Reg #: 74744-511
Date of Birth: 03/21/1983 | Sex: M | Race: WHITE | Facility: COL
Encounter Date: 10/20/2026 09:41 | Provider: Pham, N. DMD | Unit: B13

**Reviewed Health Status:** Yes

Evaluation encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Pham, N. DMD

Chief Complaint: Pain

Subjective: "I have pain on my teeth here" (pointing to #24-26 area and #8)

**Pain Location:**

Pain Scale: 7

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 10/20/2026 09:41 by Pham, N. DMD

**OBJECTIVE:**

**ASSESSMENTS:**

Partial loss of teeth, K08409 - Current

Retained dental root, K083 - Resolved - *#8 - patient refused extraction and refused to sign informed refusal form*

**PROCEDURE:**

Dental Procedures

Universal Protocol Followed: yes Materials Discussed: yes Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #8,#30 | Periapical Radiograph of Multiple Teeth | Completed |

Comments: Patient presented to dental clinic for evaluation.

Explained to him that according to Regional Chief Dentist, we need to:
"Obtain the history of the broken jaw and application of the orthodontic hardware.
Obtain the inmates orthodontic records from his provider to validate/disprove his claim.
If warranted, the treating provider may submit an orthodontic consultation request for consideration after the above information is received."

Inmate Name: PEREIRA DA SILVA JR, GILMAR | Reg #: 74744-511
Date of Birth: 03/21/1983 | Sex: M | Race: WHITE | Facility: COL
Encounter Date: 10/20/2026 09:41 | Provider: Pham, N. DMD | Unit: B13

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved
Discharged to Housing Unit-No Restrictions

**Other:**

He stated that he had car accident about 20 years ago in Brazil where he had jaw surgery done and later on braces. He then continued his orthodontic treatment after moving to Florida about 12 years ago. He said he's been on braces for 20 years and been going to an orthodontist in Florida for adjustment every month for the past 12 years and the last adjustment was in April 2026, the month before he was incarcerated.

He stated that he self-surrendered and did not understand why he was placed in SHU on the first day and within 10 days of his stay in SHU, he claimed that his braces broke on the upper arch, lost his front tooth #8, tooth#30 on the lower right side, broken wire on the lower right side, and said that the wire on the lower right side was supposed to attach to tooth #30 but since he lost his tooth, the wire is hanging there; however he did not tell anyone about this event. When asked whether anyone hit him on the face that caused him to lose his teeth and break the braces, he denied any physical harm was done on the face while in prison, but he did not specify how he lost the teeth or broke the braces.

When asked about his orthodontist information, he said he will get that information to us.

Today, he reports that he still has a lot of pain on lower anterior front teeth #24-26 area, upper front tooth #8 whenever he eats, stating he can't eat there. He said, "I want to have new braces done."

PA #8 and #30 taken. Reviewed x-rays taken previously. Reviewed Dental A&O.

Clinical exam reveals:
Tooth#3 has a self-ligating buccal tube, teeth #4-6 have ortho brackets, ortho wire connects from #3-#6, wire is flushed to brackets, rubber bands are in still in place on #4-#6. Teeth have no mobility.

Tooth #7 has ortho bracket, no wire, no mobility.

Tooth#14 has a self-ligating buccal tube, teeth #11-12 have ortho brackets, ortho wire connects from #11-#14, wire is flushed to brackets, rubber bands are in still in place on #11, 12. Teeth have no mobility.

Teeth#18,19 have self-ligating buccal tubes, teeth #20-29 have ortho brackets, ortho wire connects from #18-29, rubber bands are in still in place on teeth #20-27. No rubber bands on teeth #28, #29, wire is loose at area of #28, 29 due to no rubber bands to keep it in place, extra wire is bent inward at the end of #29. Slight mobility on teeth #23, 26, 28, 29.

Pain on percussion on teeth #23-27. No sign of inflammation or swelling around the area noted.
Teeth #3-6, 11, 12, 14, 18-29 have stable perio.
Tooth #26 has lingual recession 3 mm.
Tooth #8 retained root has fistula tract and pus coming out, pain on palpation.
Tooth #30 is missing and within normal limits.

Explained to patient that retained root tooth #8 needed extraction. Offered to do extraction of tooth #8 on the same day to relieve his pain but he refused extraction and refused to sign refusal form. He wanted to think about his option.

Plan-
1.Obtain the inmates orthodontic records from his provider to validate/disprove his claim.
2.If warranted, the treating provider may submit an orthodontic consultation request for consideration after the above information is received.

Patient understood and agreed.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/21/2026 | Counseling | Diagnosis | Pham, N. | Verbalizes Understanding |
| 10/21/2026 | Counseling | Other | Pham, N. | Verbalizes Understanding |
| 10/21/2026 | Counseling | Access to Care | Pham, N. | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Pham, N. DMD on 10/21/2026 09:44

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

| | | | |
|---|---|---|---|
| Inmate Name: PEREIRA DA SILVA JR, GILMAR | | | Reg #: 74744-511 |
| Date of Birth: 03/21/1983 | Sex: M | Race: WHITE | Facility: COL |
| Encounter Date: 10/20/2026 15:01 | Provider: Pham, N. DMD | | Unit: B13 |

**Reviewed Health Status:** Yes

Evaluation encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Pham, N. DMD

Chief Complaint: Pain

Subjective: "I have pain on my teeth here" (pointing to #24-26 area and #8)

**Pain Location:**

Pain Scale: 7

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

See Amendment

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 10/20/2026 15:01 by Pham, N. DMD

**OBJECTIVE:**

**ASSESSMENTS:**

Partial loss of teeth, K08409 - Current

Retained dental root, K083 - Resolved - *#8 - patient refused extraction and refused to sign informed refusal form*

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/20/2026 | 12:01 COX | 97.9 | 36.6 | | Pham, N. DMD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/20/2026 | 12:01 COX | 94 | | | Pham, N. DMD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/20/2026 | 12:01 COX | 129/88 | Left Arm | Sitting | | Pham, N. DMD |

Inmate Name: PEREIRA DA SILVA JR, GILMAR
Reg #: 74744-511
Date of Birth: 03/21/1983
Sex: M
Race: WHITE
Facility: COL
Encounter Date: 10/20/2026 15:01
Provider: Pham, N. DMD
Unit: B13

**PROCEDURE:**

Dental Procedures

Universal Protocol Followed: yes Materials Discussed: yes Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Examination, Limited | Completed |

**Procedures Added or Updated on the Dental Treatment Plan During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #8 | Extraction, Residual Root | Refused |

Retained root with pus coming out.

Patient refused extraction and refused to sign informed refusal form.

**Dental Charting Entered During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #8 | Fistula Track | Existing |
| #9,#10,#13 | Missing Tooth - Multiple | Existing |
| #3,#4,#5,#6,#11,#12,#14,#18,#19,#20,#21,#22,#23,#24,#25,#26,#27,#28,#29 | Orthodontic Brackets/Wires (Multiple Teeth) | Existing |
| #23 | Root Canal Therapy-Single Root Tooth | Existing |
| #24 | Root Canal Therapy-Single Root Tooth | Existing |
| #25 | Root Canal Therapy-Single Root Tooth | Existing |
| #26 | Root Canal Therapy-Single Root Tooth | Existing |
| #30 | Missing Tooth | Existing |
| #8 | Root Canal Therapy-Single Root Tooth | Existing |

Comments: Patient presented to dental clinic for evaluation.

Explained to him that according to Regional Chief Dentist, we need to:
"Obtain the history of the broken jaw and application of the orthodontic hardware.
Obtain the inmates orthodontic records from his provider to validate/disprove his claim.
If warranted, the treating provider may submit an orthodontic consultation request for consideration after the above information is received."

**PLAN:**

**Disposition:**

Discharged to Housing Unit-No Restrictions
Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Other:**

He stated that he had car accident about 20 years ago in Brazil where he had jaw surgery done and later on braces. He then continued his orthodontic treatment after moving to Florida about 12 years ago. He said he's been on braces for 20 years and been going to an orthodontist in Florida for adjustment every month for the past 12 years and the last

See Amendment

Case 8:25-cr-00144-KKM-SPF Document 64-2 Filed 11/20/26 Page 57 of 107 PageID 499



See Amendment

adjustment was in April 2026, the month before he was incarcerated.

He stated that he self-surrendered and did not understand why he was placed in SHU on the first day and within 10 days of his stay in SHU, he claimed that his braces broke on the upper arch, lost his front tooth #8, tooth#30 on the lower right side, broken wire on the lower right side, and said that the wire on the lower right side was supposed to attach to tooth #30 but since he lost his tooth, the wire is hanging there; however he did not tell anyone about this event. When asked whether anyone hit him on the face that caused him to lose his teeth and brake the braces, he denied any physical harm was done on the face while in prison, but he did not specify how he lost the teeth or broke the braces.

When asked about his orthodontist information, he said he will get that information to us.

Today, he reports that he suffers a lot of pain on lower anterior front teeth #24-26 area, upper front tooth #8 whenever he eats, stating he can't eat there. He said, "I want to have new braces done."

PA #8 and #30 taken. Reviewed x-rays taken previously. Reviewed Dental A&O.

Clinical exam reveals:
Tooth#3 has a self-ligating buccal tube, teeth #4-6 have ortho brackets, ortho wire connects from #3-#6, wire is flushed to brackets, rubber bands are in still in place on #4-#6. Teeth have no mobility.

Tooth #7 has ortho bracket, no wire, no mobility.

Tooth#14 has a self-ligating buccal tube, teeth #11-12 have ortho brackets, ortho wire connects from #11-#14, wire is flushed to brackets, rubber bands are in still in place on #11, 12. Teeth have no mobility.

Teeth#18,19 have self-ligating buccal tubes, teeth #20-29 have ortho brackets, ortho wire connects from #18-29, rubber bands are in still in place on teeth #20-27. No rubber bands on teeth #28, #29, wire is loose at area of #28, 29 due to no rubber bands to keep it in place, extra wire is bent inward at the end of #29. Slight mobility on teeth #23, 26, 28, 29.

Pain on percussion on teeth #23-27. No sign of inflammation or swelling around the area noted.
Teeth #3-6, 11, 12, 14, 18-29 have stable perio.
Tooth #26 has lingual recession 3 mm.
Tooth #8 retained root has fistula tract and pus coming out, pain on palpation.
Tooth #30 is missing and within normal limits.

Explained to patient that retained root tooth #8 needed extraction. Offered to do extraction of tooth #8 on the same day to relieve his pain but he refused extraction and refused to sign refusal form. He wanted to think about his option.

Plan-
1.Obtain the inmates orthodontic records from his provider to validate/disprove his claim.
2.If warranted, the treating provider may submit an orthodontic consultation request for consideration after the above information is received.

Patient understood and agreed.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/21/2026 | Counseling | Diagnosis | Pham, N. | Verbalizes Understanding |
| 10/21/2026 | Counseling | Other | Pham, N. | Verbalizes Understanding |
| 10/21/2026 | Counseling | Access to Care | Pham, N. | Verbalizes Understanding |

Inmate Name: PEREIRA DA SILVA JR, GILMAR Reg #: 74744-511
Date of Birth: 03/21/1983 Sex: M Race: WHITE Facility: COL
Encounter Date: 10/20/2026 15:01 Provider: Pham, N. DMD Unit: B13

**Copay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Pham, N. DMD on 10/21/2026 09:36

See Amendment

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

See Amendment

| | | | |
|---|---|---|---|
| Inmate Name: PEREIRA DA SILVA JR, GILMAR | | | Reg #: 74744-511 |
| Date of Birth: 03/21/1983 | Sex: M | Race: WHITE | Facility: COL |
| Encounter Date: 10/20/2026 15:01 | Provider: Pham, N. DMD | | Unit: B13 |

**Reviewed Health Status:** Yes

Evaluation encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Pham, N. DMD

Chief Complaint: Pain

Subjective: "I have [illegible] my teeth here" (pointing to #24-26 area and #8)

**Pain Location:**

Pain Scale: 7

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 10/20/2026 15:01 by Pham, N. DMD

**OBJECTIVE:**

**ASSESSMENTS:**

Partial loss of teeth, K08409 - Current

Retained dental root, K083 - Resolved - *#8 - patient refused extraction and refused to sign informed refusal form*

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/20/2026 | 12:01 COX | 97.9 | 36.6 | | Pham, N. DMD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/20/2026 | 12:01 COX | 94 | | | Pham, N. DMD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/20/2026 | 12:01 COX | 129/88 | Left Arm | Sitting | | Pham, N. DMD |

Inmate Name: PEREIRA DA SILVA JR, GILMAR | Reg #: 74744-511
Date of Birth: 03/21/1983 | Sex: M | Race: WHITE | Facility: COL
Encounter Date: 10/20/2026 15:01 | Provider: Pham, N. DMD | Unit: B13

**PROCEDURE:**

Dental Procedures

Universal Protocol Followed: yes    Materials Discussed: yes    Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Examination, Limited | Completed |

**Procedures Added or Updated on the Dental Treatment Plan During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #8 | Extraction, Residual Root | Refused |

Retained root with pus coming out.

Patient refused extraction and refused to sign informed refusal form.

See Amendment

**Dental Charting Entered During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #8 | Fistula Track | Existing |
| #9,#10,#13 | Missing Tooth - Multiple | Existing |
| #3,#4,#5,#6,#11,#12,#14,#18,#19,#20,#21,#22,#23,#24,#25,#26,#27,#28,#29 | Orthodontic Brackets/Wires (Multiple Teeth) | Existing |
| #23 | Root Canal Therapy-Single Root Tooth | Existing |
| #24 | Root Canal Therapy-Single Root Tooth | Existing |
| #25 | Root Canal Therapy-Single Root Tooth | Existing |
| #26 | Root Canal Therapy-Single Root Tooth | Existing |
| #30 | Missing Tooth | Existing |
| #8 | Root Canal Therapy-Single Root Tooth | Existing |

Comments: Patient presented to dental clinic for evaluation.

Explained to him that according to Regional Chief Dentist, we need to:
"Obtain the history of the broken jaw and application of the orthodontic hardware.
Obtain the inmates orthodontic records from his provider to validate/disprove his claim.
If warranted, the treating provider may submit an orthodontic consultation request for consideration after the above information is received."

**PLAN:**

**Disposition:**

Discharged to Housing Unit-No Restrictions
Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Other:**

He stated that he had car accident about 20 years ago in Brazil where he had jaw surgery done and later on braces. He then continued his orthodontic treatment after moving to Florida about 12 years ago. He said he's been on braces for 20 years and been going to an orthodontist in Florida for adjustment every month for the past 12 years and the last

adjustment was in April 2026, the month before he was incarcerated.

He stated that he self-surrendered and did not understand why he was placed in SHU on the first day and within 10 days of his stay in SHU, he claimed that his braces broke on the upper arch, lost his front tooth #8, tooth#30 on the lower right side, broken wire on the lower right side, and said that the wire on the lower right side was supposed to attach to tooth #30 but since he lost his tooth, the wire is hanging there; however he did not tell anyone about this event. When asked whether anyone hit him on the face that caused him to lose his teeth and brake the braces, he denied any physical harm was done on the face while in prison, but he did not specify how he lost the teeth or broke the braces.

When asked about his orthodontist information, he said he will get that information to us.

Today, he reports that he suffers a lot of pain on lower anterior front teeth #24-26 area, upper front tooth #8 whenever he eats, stating he can't eat them. He said, "I want to have new braces done."

PA #8 and #30 taken. Reviewed X-rays taken previously. Reviewed Dental A&O.

Clinical exam reveals:
Tooth#3 has a self-ligating buccal tube, teeth #4-6 have ortho brackets, ortho wire connects from #3-#6, wire is flushed to brackets, rubber bands are in still in place on #4-#6. Teeth have no mobility.

Tooth #7 has ortho bracket, no wire, no mobility.

Tooth#14 has a self-ligating buccal tube, teeth #11, 12 have ortho brackets, ortho wire connects from #11-#14, wire is flushed to brackets, rubber bands are in still in place on #11, 12. Teeth have no mobility.

Teeth#18,19 have self-ligating buccal tubes, teeth #20-29 have ortho brackets, ortho wire connects from #18-29, rubber bands are in still in place on teeth #20-27. No rubber bands on teeth #28, #29, wire is loose at area of #28, 29 due to no rubber bands to keep it in place, extra wire is bent inward at the end of #29. Slight mobility on teeth #23, 26, 28, 29.

Pain on percussion on teeth #23-27. No sign of inflammation or swelling around the area noted.
Teeth #3-6, 11, 12, 14, 18-29 have stable perio.
Tooth #26 has lingual recession 3 mm.
Tooth #8 retained root has fistula tract and pus coming out, pain on palpation.
Tooth #30 is missing and within normal limits.

Explained to patient that retained root tooth #8 needed extraction. Offered to do extraction of tooth #8 on the same day to relieve his pain but he refused extraction and refused to sign refusal form. He wanted to think about his option.

Plan-
1.Obtain the inmates orthodontic records from his provider to validate/disprove his claim.
2.If warranted, the treating provider may submit an orthodontic consultation request for consideration after the above information is received.

Patient understood and agreed.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/21/2026 | Counseling | Diagnosis | Pham, N. | Verbalizes Understanding |
| 10/21/2026 | Counseling | Other | Pham, N. | Verbalizes Understanding |
| 10/21/2026 | Counseling | Access to Care | Pham, N. | Verbalizes Understanding |

See Amendment

Inmate Name: PEREIRA DA SILVA JR, GILMAR Reg #: 74744-511
Date of Birth: 03/21/1983 Sex: M Race: WHITE Facility: COL
Encounter Date: 10/20/2026 15:01 Provider: Pham, N. DMD Unit: B13

**Copay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Pham, N. DMD on 10/21/2026 09:36

See Amendment

# Bureau of Prisons
## Health Services
## See Amendment

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Encounter Date: | 10/20/2026 09:41 | | | Facility: | COL |

**Amendment made to this note by Pham, N. DMD on 10/21/2026 09:44.**

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

Inmate Name: PEREIRA DA SILVA JR, GILMAR | Reg #: 74744-511
Date of Birth: 03/21/1983 | Sex: M | Race: WHITE | Facility: COL
Encounter Date: 08/24/2026 12:27 | Provider: Torres Marin, Gina DMD | Unit: B14

**Reviewed Health Status:** Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Torres Marin, Gina DMD

Chief Complaint: Other

Subjective: "I need to know how to receive continuity of care for my orthodontic treatment. I have a loose tooth"

**Pain Location:** Tooth/Teeth

Pain Scale: 0

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 08/24/2026 12:27 by Torres Marin, Gina DMD

**OBJECTIVE:**

**Dental Findings:**

**Dentition**

**General**

Partially Edentulous (Clinical Observation/Findings)

Lower Arch(yes), Upper Arch(yes)

Plaque/Food Debris Present (Clinical Observation/Findings)(yes)

Splinted Teeth (Clinical Observation/Findings)

Lower Arch(yes), Upper Arch(yes)

**Oral Mucosa**

**Maxillary Alveolar Ridge**

Erythema (Clinical Observation/Findings)(no)

Fluctuant Swelling (Clinical Observation/Findings)

Lower Arch(no)

Left Side(no), Right Side(no)

Inflammation (Clinical Observation/Findings)(no)

Laceration(s) (Clinical Observation/Findings)(no)

**Oral Mucosa**

**Mandibular Alveolar**

**Dental Findings:**

Erythema (Clinical Observation/Findings)(no)

Fluctuant Swelling (Clinical Observation/Findings)

Lower Arch(no), Upper Arch(no)

Left Side(no), Right Side(no)

Inflammation (Clinical Observation/Findings)(no)

Non-Fluctuant Swelling (Clinical Observation/Findings)

Lower Arch(no), Upper Arch(no)

Left Side(no), Right Side(no)

**Mouth**

**Structural**

Difficulty Swallowing (Clinical Observation/Findings)(no)

Inflammation (Clinical Observation/Findings)(no)

Loss of Vertical Dimension of Occlusion (Clinical Observation/Findings)(no)

Parasthesia (Clinical Observation/Findings)

Lower Arch(no), Upper Arch(no)

Left Side(no), Right Side(no)

Trismus (Clinical Observation/Findings)(no)

**Prosthesis/Appliance**

**General**

Orthodontic Appliance Present (Clinical Observation/Findings)

Lower Arch(yes), Upper Arch(yes)

Patient presented to dental sick call requesting to get continuity of care for his orthodontic treatment.
He was seen for this on 7/23/26.
He was informed that per dental policy 6400.003 pages 17-18 orthodontic treatment is not in the scope of practice of Bureau dental services.
On clinical exam today, patient has orthodontic appliance present, occlusion is class I and repeatable, plaque and calculus present. No teeth mobility noted. No oral mucosal swelling, no generalized tenderness, no tenderness in area of existing hardware in the lower left anterior (panorex). No signs of infection. Hardware is intact.
Patent was previously placed on the call out for dental cleaning on 7/30/26, a recommendation to avoid gingival inflammation, but he refused treatment and refused to sign the refusal form.

Patient advised to follow-up dental sick call as needed for pain, breakage, or any emergent issue.

**ASSESSMENTS:**

Encounter for screening for dental disorders, Z1384 - Resolved

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/24/2026 | 12:29 COX | 98.5 | 36.9 | | Torres Marin, Gina DMD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/24/2026 | 12:29 COX | 79 | Via Machine | | Torres Marin, Gina DMD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/24/2026 | 12:29 COX | 140/100 | Left Arm | Sitting | Adult-regular | Torres Marin, Gina DMD |

Inmate Name: PEREIRA DA SILVA JR, GILMAR  Reg #: 74744-511
Date of Birth: 03/21/1983  Sex: M  Race: WHITE  Facility: COL
Encounter Date: 08/24/2026 12:27  Provider: Torres Marin, Gina DMD  Unit: B14

**PROCEDURE:**

Dental Procedures

Universal Protocol Followed: yes  Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Examination, Limited | Completed |

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Patient's allergies, sensitivities, and reactions were reviewed and updates applied during this visit as indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/24/2026 | Counseling | Access to Care | Torres Marin, Gina | Returns Demonstration |
| 08/24/2026 | Counseling | Oral Hygiene Instructions | Torres Marin, Gina | Attentive |

**Copay Required:** No  **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Torres Marin, Gina DMD on 08/24/2026 13:11

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: WHITE | Facility: | COL |
| Encounter Date: | 07/30/2026 13:45 | Provider: | Preston, Jodi RDH | | Unit: | B14 |

Hygiene Appointment-Initial encounter at Dental Clinic.

**Reason Not Done:** Refused

**Comments:** Patient scheduled on the 0730 callout for gross debridement. Patient stated that he did not want a cleaning and refused to sign the refusal form presented to him. Will not reschedule. Sick call is available to him.

**Cosign Required:** No

Completed by Preston, Jodi RDH on 07/30/2026 13:47.

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

Inmate Name: PEREIRA DA SILVA JR, GILMAR | Reg #: 74744-511
Date of Birth: 03/21/1983 | Sex: M | Race: WHITE | Facility: COL
Encounter Date: 07/23/2026 13:52 | Provider: Torres Marin, Gina DMD | Unit: B14

**Reviewed Health Status:** Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Torres Marin, Gina DMD

Chief Complaint: Other

Subjective: AIC presented to dental sick call requesting orthodontic adjustment/follow-up for pre-existing orthodontic appliance (braces).

**Pain Location:** Tooth/Teeth

Pain Scale: 0

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 07/23/2026 13:52 by Torres Marin, Gina DMD

**OBJECTIVE:**

**Dental Findings:**

**Dentition**

**General**

Partially Edentulous (Clinical Observation/Findings)

Lower Arch(yes), Upper Arch(yes)

Plaque/Food Debris Present (Clinical Observation/Findings)(yes)

Splinted Teeth (Clinical Observation/Findings)

Lower Arch(yes), Upper Arch(yes)

**Oral Mucosa**

**Maxillary Alveolar Ridge**

Erythema (Clinical Observation/Findings)(no)

Fluctuant Swelling (Clinical Observation/Findings)

Lower Arch(no), Upper Arch(no)

Left Side(no), Right Side(no)

Inflammation (Clinical Observation/Findings)(no)

Laceration(s) (Clinical Observation/Findings)(no)

**Oral Mucosa**

**Mandibular Alveolar**

Inmate Name: PEREIRA DA SILVA JR, GILMAR | Reg #: 74744-511
Date of Birth: 03/21/1983 | Sex: M | Race: WHITE | Facility: COL
Encounter Date: 07/23/2026 13:52 | Provider: Torres Marin, Gina DMD | Unit: B14

**Dental Findings:**

Erythema (Clinical Observation/Findings)(no)

Fluctuant Swelling (Clinical Observation/Findings)

Lower Arch(no), Upper Arch(no)

Left Side(no), Right Side(no)

Inflammation (Clinical Observation/Findings)(no)

Non-Fluctuant Swelling (Clinical Observation/Findings)

Lower Arch(no), Upper Arch(no)

Left Side(no), Right Side(no)

**Mouth**

**Structural**

Difficulty Swallowing (Clinical Observation/Findings)(no)

Inflammation (Clinical Observation/Findings)(no)

Loss of Vertical Dimension of Occlusion (Clinical Observation/Findings)(no)

Parasthesia (Clinical Observation/Findings)

Lower Arch(no), Upper Arch(no)

Left Side(no), Right Side(no)

Trismus (Clinical Observation/Findings)(no)

**Prosthesis/Appliance**

**General**

Orthodontic Appliance Present (Clinical Observation/Findings)

Lower Arch(yes), Upper Arch(yes)

S: Patient presented to dental sick call requesting orthodontic adjustment/follow-up for pre-existing orthodontic appliance (braces).

O: Existing orthodontic hardware noted, no acute distress, no signs of infection, laceration, or emergent dental pathology requiring urgent intervention. Panorex taken revealed intact internal fixation in lower left mandibular border. Intraoral generalized plaque accumulation noted.

A: Orthodontic treatment/adjustment is not a service provided within the correctional dental setting per BOP dental program scope of care. No dental emergency identified at this visit. Patient will be on the call out for a gross debridement for the removal of plaque. He was instructed to put a cop out to be in the routine dental care.

P: Patient educated that orthodontic care, including adjustments and continuation of active orthodontic treatment, falls outside the scope of services offered by BOP dental policy program. Patient was advised to follow up with dental sick call as needed for any pain, breakage, or emergent issues related to the appliance which will be addressed on an as-needed palliative basis rather than orthodontic adjustment/treatment. Patient was provided with a easy brush interdental cleaner to maintain appliance related areas clean. Patient verbalized understanding.

**ASSESSMENTS:**

Chronic gingivitis, K051 - Current - *Plaque induced.*

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/23/2026 | 13:54 COX | 98.2 | 36.8 | | Torres Marin, Gina DMD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/23/2026 | 13:54 COX | 69 | Via Machine | | Torres Marin, Gina DMD |

Inmate Name: PEREIRA DA SILVA JR, GILMAR Reg #: 74744-511
Date of Birth: 03/21/1983 Sex: M Race: WHITE Facility: COL
Encounter Date: 07/23/2026 13:52 Provider: Torres Marin, Gina DMD Unit: B14

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/23/2026 | 13:54 COX | 147/90 | Left Arm | Sitting | Adult-regular | Torres Marin, Gina DMD |

**PROCEDURE:**

Dental Procedures

Universal Protocol Followed: yes Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Examination, Limited | Completed |
| General | Panorex | Completed |

**Procedures Added or Updated on the Dental Treatment Plan During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Gross Debridement | Not Started |

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Dental Prophylaxis | 07/23/2026 00:00 | Dental Hygienist 1 |

General gross debridement.

**Disposition:**

Will Be Placed on Callout

**Other:**

Patient's allergies, sensitivities, and reactions were reviewed and updates applied during this visit as indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/23/2026 | Counseling | Plan of Care | Torres Marin, Gina | Returns Demonstration |
| 07/23/2026 | Counseling | Oral Hygiene Instructions | Torres Marin, Gina | Returns Demonstration |

**Copay Required:** Yes **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Torres Marin, Gina DMD on 07/23/2026 14:17

**Pereira Da Silva Jr, Gilmar** DOB: **03/21/1983** **Patient Report** labcorp

Patient ID: **74744-511** Age: **43** Account Number: **09026955**
Specimen ID: **163-755-3259-0** Sex: **Male** Ordering Physician: **M Ligonde M**

Date Collected: **06/12/2026** Date Received: **06/12/2026** Date Reported: **06/13/2026** Fasting: **Not Given**

Ordered Items: **HIV Ab/p24 Ag with Reflex**

Date Collected: **06/12/2026**

## HIV Ab/p24 Ag with Reflex

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| HIV Ab/p24 Ag Screen [01] | Non Reactive | | | Non Reactive |

```
HIV-1/HIV-2 antibodies and HIV-1 p24 antigen were NOT detected.
There is no laboratory evidence of HIV infection.
HIV Negative
```

**Previous Result**
The Previous Result is listed for the most recent test performed by Labcorp in the past 5 years where there is sufficient patient demographic data to match the result to the patient. Results from certain tests are excluded from the Previous Result display.

**Icon Legend**
▲ Out of Reference Range ■ Critical or Alert

**Performing Labs**
01: TA - Labcorp Tampa, 5610 W LaSalle Street, Tampa, FL 33607-1770 Dir: Bill Richendollar, MD
For inquiries, the physician may contact Branch: 800-877-5227 Lab: 800-877-5227

Patient Details
**Pereira Da Silva Jr, Gilmar**
**COL B14-980L**

Phone:
Date of Birth: **03/21/1983**
Age: **43**
Sex: **Male**
Patient ID: **74744-511**
Alternate Patient ID: **74744-511**

Physician Details
**M Ligonde M**
**FCI Coleman Low**
**846 NE 54TH Terrace, Sumterville, FL, 33521**

Phone: **352-689-4000**
Account Number: **09026955**
Physician ID:
NPI: **U2022243-0**

Specimen Details
Specimen ID: **163-755-3259-0**
Control ID: **L163261284**
Alternate Control Number: **L163261284**
Date Collected: **06/12/2026 1336 Local**
Date Received: **06/12/2026 0000 ET**
Date Entered: **06/12/2026 2100 ET**
Date Reported: **06/13/2026 0308 ET**



©2026 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-877-5227

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/13/2026 04:31 | Provider: | Lab Result Receive | Facility: | COL |

**Cosigned by Ligonde Merisio, Michelle (MOUD-B) MD on 06/24/2026 14:57.**

**Pereira Da Silva Jr, Gilmar** DOB: **03/21/1983** **Patient Report**

labcorp

Patient ID: **74744-511** Age: **43** Account Number: **09026955**
Specimen ID: **163-755-3541-0** Sex: **Male** Ordering Physician: **M Ligonde M**

Date Collected: **06/12/2026** Date Received: **06/12/2026** Date Reported: **06/13/2026** Fasting: **Not Given**

Ordered Items: **HCV Antibody RFX to Quant PCR**

Date Collected: **06/12/2026**

## HCV Antibody RFX to Quant PCR

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| HCV Ab [01] | Non Reactive | | | Non Reactive |
| Interpretation: [01] | Not infected with HCV unless early or acute infection is suspected (which may be delayed in an immunocompromised individual), or other evidence exists to indicate HCV infection. | | | |

**Previous Result**
The Previous Result is listed for the most recent test performed by Labcorp in the past 5 years where there is sufficient patient demographic data to match the result to the patient. Results from certain tests are excluded from the Previous Result display.

**Icon Legend**
▲ Out of Reference Range ■ Critical or Alert

**Performing Labs**
01: TA - Labcorp Tampa, 5610 W LaSalle Street, Tampa, FL 33607-1770 Dir: Bill Richendollar, MD
For inquiries, the physician may contact Branch: 800-877-5227 Lab: 800-877-5227

Patient Details
**Pereira Da Silva Jr, Gilmar**
**COL B14-980L**

Phone:
Date of Birth: **03/21/1983**
Age: **43**
Sex: **Male**
Patient ID: **74744-511**
Alternate Patient ID: **74744-511**

Physician Details
**M Ligonde M**
**FCI Coleman Low**
**846 NE 54TH Terrace, Sumterville, FL, 33521**

Phone: **352-689-4000**
Account Number: **09026955**
Physician ID:
NPI: **U2022243-0**

Specimen Details
Specimen ID: **163-755-3541-0**
Control ID: **L163261283**
Alternate Control Number: **L163261283**
Date Collected: **06/12/2026 1336 Local**
Date Received: **06/12/2026 0000 ET**
Date Entered: **06/12/2026 2139 ET**
Date Reported: **06/13/2026 0308 ET**



©2026 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-877-5227

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/13/2026 03:45 | Provider: | Lab Result Receive | Facility: | COL |

**Cosigned by Ligonde Merisio, Michelle (MOUD-B) MD on 06/24/2026 14:57.**

**Pereira Da Silva Jr, Gilmar** DOB: **03/21/1983** **Patient Report** labcorp

Patient ID: **74744-511** Age: **43** Account Number: **09026955**

Specimen ID: **163-755-3628-0** Sex: **Male** Ordering Physician: **M Festa**

Date Collected: **06/12/2026** Date Received: **06/12/2026** Date Reported: **06/13/2026** Fasting: **No**

Ordered Items: **CBC With Differential/Platelet; Comp. Metabolic Panel (14); Lipid Panel; Hemoglobin A1c; Thyroxine (T4) Free, Direct; TSH**

Date Collected: **06/12/2026**

## CBC With Differential/Platelet

| | Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|---|
| | WBC [01] | 9.4 | | | x10E3/uL | 3.4-10.8 |
| | RBC [01] | 4.75 | | | x10E6/uL | 4.14-5.80 |
| | Hemoglobin [01] | 15.6 | | | g/dL | 13.0-17.7 |
| | Hematocrit [01] | 46.2 | | | % | 37.5-51.0 |
| | MCV [01] | 97 | | | fL | 79-97 |
| | MCH [01] | 32.8 | | | pg | 26.6-33.0 |
| | MCHC [01] | 33.8 | | | g/dL | 31.5-35.7 |
| | RDW [01] | 12.7 | | | % | 11.6-15.4 |
| | Platelets [01] | 194 | | | x10E3/uL | 150-450 |
| | Neutrophils [01] | 52 | | | % | Not Estab. |
| | Lymphs [01] | 33 | | | % | Not Estab. |
| | Monocytes [01] | 8 | | | % | Not Estab. |
| | Eos [01] | 5 | | | % | Not Estab. |
| | Basos [01] | 1 | | | % | Not Estab. |
| | Neutrophils (Absolute) [01] | 4.9 | | | x10E3/uL | 1.4-7.0 |
| | Lymphs (Absolute) [01] | 3.1 | | | x10E3/uL | 0.7-3.1 |
| | Monocytes(Absolute) [01] | 0.7 | | | x10E3/uL | 0.1-0.9 |
| ▲ | **Eos (Absolute)** [01] | **0.5** | **High** | | x10E3/uL | 0.0-0.4 |
| | Baso (Absolute) [01] | 0.1 | | | x10E3/uL | 0.0-0.2 |
| | Immature Granulocytes [01] | 1 | | | % | Not Estab. |
| | Immature Grans (Abs) [01] | 0.1 | | | x10E3/uL | 0.0-0.1 |

## Comp. Metabolic Panel (14)

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Glucose [01] | 93 | | mg/dL | 70-99 |
| BUN [01] | 9 | | mg/dL | 6-24 |
| Creatinine [01] | 0.83 | | mg/dL | 0.76-1.27 |
| eGFR | 111 | | mL/min/1.73 | >59 |
| BUN/Creatinine Ratio | 11 | | | 9-20 |
| Sodium [01] | 139 | | mmol/L | 134-144 |
| Potassium [01] | 4.2 | | mmol/L | 3.5-5.2 |
| Chloride [01] | 102 | | mmol/L | 96-106 |
| Carbon Dioxide, Total [01] | 24 | | mmol/L | 20-29 |
| Calcium [01] | 9.8 | | mg/dL | 8.7-10.2 |
| Protein, Total [01] | 7.1 | | g/dL | 6.0-8.5 |
| Albumin [01] | 4.7 | | g/dL | 4.1-5.1 |
| Globulin, Total | 2.4 | | g/dL | 1.5-4.5 |



©2026 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-877-5227

**Pereira Da Silva Jr, Gilmar** DOB: **03/21/1983** **Patient Report** labcorp

Patient ID: **74744-511** Age: **43** Account Number: **09026955**

Specimen ID: **163-755-3628-0** Sex: **Male** Ordering Physician: **M Festa**

Date Collected: **06/12/2026**

## Comp. Metabolic Panel (14) (Cont.)

| | | | | | |
|---|---|---|---|---|---|
| Bilirubin, Total[01] | 0.4 | | | mg/dL | 0.0-1.2 |
| Alkaline Phosphatase[01] | 86 | | | IU/L | 47-123 |
| AST (SGOT)[01] | 18 | | | IU/L | 0-40 |
| ALT (SGPT)[01] | 27 | | | IU/L | 0-44 |

## Lipid Panel

| Test | Current Result | Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| ▲ **Cholesterol, Total**[01] | **205** | **High** | | mg/dL | 100-199 |
| ▲ **Triglycerides**[01] | **273** | **High** | | mg/dL | 0-149 |
| HDL Cholesterol[01] | 52 | | | mg/dL | >39 |
| ▲ **VLDL Cholesterol Cal** | **44** | **High** | | mg/dL | 5-40 |
| ▲ **LDL Chol Calc (NIH)** | **109** | **High** | | mg/dL | 0-99 |

| Risk Categories | Adult Lipids (mg/dL) LDL-c | Adult Lipids (mg/dL) Trig | Children Lipids (mg/dL) 2-19 yrs Chol | Children Lipids (mg/dL) 2-19 yrs LDL-c | 0-9 yrs: Trig | 10-19 yrs: Trig |
|---|---|---|---|---|---|---|
| Optimal | <100 | <150 | <170 | <110 | <75 | <90 |
| Near Optimal | 100-129 | | | | | |
| Borderline | 130-159 | 150-199 | 170-199 | 110-129 | 75-99 | 90-129 |
| High | 160-189 | 200-499 | >199 | >129 | >99 | >129 |
| Very High | >189 | >499 | | | | |

## Hemoglobin A1c

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Hemoglobin A1c[01] | 5.4 | | % | 4.8-5.6 |

Please Note:[01]

Prediabetes: 5.7 - 6.4
Diabetes: >6.4
Glycemic control for adults with diabetes: <7.0

## Thyroxine (T4) Free, Direct

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| T4,Free(Direct)[01] | 1.22 | | ng/dL | 0.82-1.77 |

## TSH

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| TSH[01] | 2.380 | | uIU/mL | 0.450-4.500 |



©2026 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-877-5227

**Previous Result**

The Previous Result is listed for the most recent test performed by Labcorp in the past 5 years where there is sufficient patient demographic data to match the result to the patient. Results from certain tests are excluded from the Previous Result display.

**Icon Legend**

▲ Out of Reference Range ■ Critical or Alert

**Performing Labs**

01: TA - Labcorp Tampa, 5610 W LaSalle Street, Tampa, FL 33607-1770 Dir: Bill Richendollar, MD

For inquiries, the physician may contact Branch: 800-877-5227 Lab: 800-877-5227

Patient Details
**Pereira Da Silva Jr, Gilmar**
**COL B14-980L**

Phone:
Date of Birth: **03/21/1983**
Age: **43**
Sex: **Male**
Patient ID: **74744-511**
Alternate Patient ID: **74744-511**

Physician Details
**M Festa**
**FCI Coleman Low**
**846 NE 54TH Terrace, Sumterville, FL, 33521**

Phone: **352-689-4000**
Account Number: **09026955**
Physician ID:
NPI: **U2020150-0**

Specimen Details
Specimen ID: **163-755-3628-0**
Control ID: **L163261282**
Alternate Control Number: **L163261282**
Date Collected: **06/12/2026 1335 Local**
Date Received: **06/12/2026 0000 ET**
Date Entered: **06/12/2026 2119 ET**
Date Reported: **06/13/2026 0209 ET**



©2026 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-877-5227

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/13/2026 02:36 | Provider: | Lab Result Receive | Facility: | COL |

**Reviewed with New Encounter Note by Festa, M. (MOUD-MB) APRN on 06/23/2026 14:40.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/13/2026 02:36 | Provider: | Lab Result Receive | Facility: | COL |

**Cosigned with New Encounter Note by Franco, Karina (MOUD-B) MD on 07/02/2026 11:01.**

BP-S358.060
JUN 10

# MEDICAL TREATMENT REFUSAL

CDFRM

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

10-20-2026
Date

I, GILMAR PEREIRA DA SILVA JR 74744-511 , refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:

Tooth #8 is a retained root with pus causing pain

The following treatment(s) was/were recommended:

Removal of retained root #8

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

Without completion of the recommended treatment you may experience pain, swelling, infection, loss of function and other medical problems up to and including death.

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

N. Pham, DMD 10/20/2026
PHAM, N. DMD 10-20-2026
Signature of Witness Date

pt Refused to sign
Patient's Signature Date

[signature]
S. Gusse, EFDA 10/20/2026
Signature of Witness Date

[signature], RDH 10-20-2[illegible]
Signature of Witness Date

COL--COLEMAN LOW FCI

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Scanned Date: | 10/22/2026 14:57 EST | | | Facility: | COL |

**Cosigned by Pham, N. DMD on 10/23/2026 10:29.**

Outlook

**9257193b-18d4-4362-9ace-d8630118be85**

**From** COL-InmateToDental (BOP) <COL-InmateToDental@bop.gov>
**Date** Tue 9/15/2026 10:38 AM
**To** ~^! PEREIRA DA SILVA JR, ~^!GILMAR <74744511@inmatemessage.com>

If you have any inquiries regarding your case, you can make sick call. Sick calls are available on Mondays, Tuesdays, and Thursdays at 7:30 AM.

---

**From:** ~^! PEREIRA DA SILVA JR, ~^!GILMAR <74744511@inmatemessage.com>
**Sent:** Thursday, September 10, 2026 11:53 AM
**Subject:** ***Request to Staff*** PEREIRA DA SILVA JR, GILMAR, Reg# 74744511, COL-B-D

To: DENTAL LOW STAFF or DENTAL LOW TEAM
Inmate Work Assignment: GILMAR PEREIRA DA SILVA

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
9257193b-18d4-4362-9ace-d8630118be85
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

Dear Dental Low Staff or Dental Low Team,

My orthodontic appliance has been damaged since my time in SPECIAL HOUSE UNIT (SHU). Is there any documented evaluation
of its current condition? and i have reported tooth loss and difficulty chewing. Have these changes been documented in my
dental evaluation?

RESPECTFULLY,

GILMAR PEREIRA DA SILVA JR.
BOP REG. No.: 74744-511
FCC COLEMAN LOW
COL-B-D (B4)

Outlook

**babe7f4c-58ba-4bfa-8e8f-245b72c88d1d**

**From** COL-InmateToDental (BOP) <COL-InmateToDental@bop.gov>
**Date** Fri 8/21/2026 9:39 AM
**To** ~^! PEREIRA DA SILVA JR, ~^!GILMAR <74744511@inmatemessage.com>

You can make sick call at any time .
You were on the call out 7/30/2026 and you refused treatment.
If you want to obtain copy of your records you can contact medical records.

---

**From:** ~^! PEREIRA DA SILVA JR, ~^!GILMAR <74744511@inmatemessage.com>
**Sent:** Tuesday, August 18, 2026 9:11 PM
**Subject:** ***Request to Staff*** PEREIRA DA SILVA JR, GILMAR, Reg# 74744511, COL-B-D

To: URGENT FORMAL RESPONSE TO DENTAL LOW MESSAGE 2
Inmate Work Assignment: Gilmar Pereira Da Silva

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
babe7f4c-58ba-4bfa-8e8f-245b72c88d1d
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

8. I HAVE TAKEN MULTIPLE STEPS TO OBTAIN HELP

Today, August 18, 2026, at approximately 9:30 am, I delivered a new BP-9 to Counselor J. Toro.

J. Toro became aware of the urgency of the situation and stated that he would expedite the BP-9 so that it would reach the responsible person, including the Warden.
Yesterday, August 17, 2026, I also delivered a BP-8 to J. Toro concerning the urgent Copy Card problem.
I also sent a formal TRULINCS message to Trust Fund concerning the lack of Copy Cards and, to date, I have not received a response or resolution.

These facts demonstrate that I am using the institutional procedures available to me.

I AM NOT IGNORING THE SYSTEM.
I AM REPEATEDLY USING THE SYSTEM.
The problem is that the procedures I have used are not resolving the underlying issues.

9. I AM REQUESTING A DEFINITIVE RESPONSE NOT ANOTHER GENERIC INSTRUCTION
I respectfully respect that Dental Low NOT respond again by merely telling me to attend Sick Call.
I have already done that.

I request answers to the following questions:
1. Has my panoramic X-ray been reviewed by a dentist?
2. What findings were documented?
3. Was my broken appliance documented?
4. Was the loss of four teeth documented?
5. Were my mandibular reconstruction and titanium plate documented?
6. Was my difficult eating documented?
7. Have I received a Treatment Planning Examination for these problems?
8. If not, why not?
9. What is my current dental priority classification?
10. Is my condition considered urgent under Program Statement 6400.03?
11. It is considered emergency dental care?
12. If not, what is the clinical reason?
13. Has the Chief Dental Officer reviewed my case?
14. Has the Regional Chief Dentist been consulted?
15. Has Utilization Review been initiated?
16. If not, why not?
17. If specialty care is clinically indicated, has an EMR referral/consultation been initiated?
18. If no referral is being made, what is the clinical basis?
19. What is my actual treatment plan?
20. What is the next clinical action?

21. Who is responsible for that action?
22. What is the expected timeframe?
23. What should I do if my condition worsens before that action occurs?

I respectfully request direct answers to these questions.

10. REQUEST FOR WRITTEN DOCUMENTATION

I respectfully request that the answers above be documented in my medical/dental record and that I receive a written response through an authorized communication channel.
If Dental Low believes that no further action is necessary, I request the clinical basis for that decision.
If Dental Low believes that treatment is necessary but cannot be performed at FCC Coleman Low, I request that you identify the applicable referral or Utilization Review procedure and the current status.

If the reason is that orthodontic treatment is outside the normal scope of BOP dental services, I understand that policy.
That is precisely why I am asking what procedure applies when an inmate has a broken orthodontic appliance associated with prior mandibular reconstruction and the institution does not have the necessary specialist.

11. I AM REQUESTING CONTINUITY OF CARE AND PREVENTION OF FURTHER DETERIORATION
I am not asking Dental Low to perform treatment outside its authority.
I am asking Dental Low to determine:
-what treatment is appropriate;
-what treatment requires a specialist;
-what referral procedure applies;
-what Utilization Review is required;
-and what will be done while I await definitive care.

I also request that my incarceration not simply become a reason for the underlying condition to remain unresolved without a documented clinical plan.
My concern is not theoretical.
I HAVE ALREADY LOST FOUR TEETH.
I AM EXPERIENCING DIFFICULTY EATING.
MY ORTHODONTIC APPLIANCE REMAINS BROKEN.
MY JAW WAS PREVIOUSLY RECONSTRUCTED.
I AM REPORTING CONTINUING DETERIORATION.

Therefore, I need a medically responsible plan rather than another instruction that sends me back to the beginning of the same process.

12. FORMAL REQUEST FOR IMMEDIATE SUPERVISORY REVIEW

Because I have repeatedly requested assistance and continue to receive responses that do not address the specific questions presented, I respectfully request that this communication be reviewed by:

-Chief Dental Officer

-Health Administrator, as appropriate;

-and, if clinically indicated, Regional Chief Dentist or another responsible dental authority.

I am requesting REVIEW, not punishment of any staff member.

My objective is to obtain a definitive clinic and administrative response.

13. PRESERVATION OF THIS MESSAGE AND RELATED RECORDS

I request preservation of this TRULINCS message and all prior communications related to my dental condition.

This includes, at minimum:

-my June 2, 2026 request and July 6 response;

-my August 7, 2026 request and August 17 response;

-this August 18, 2026 response;

-prior Dental Sick Call encounters;

-panoramic X-ray;

-dental records;

-treatment notes;

-any documentation concerning treatment refusal or alleged treatment refusal;

-referral records;

-Utilization Review records;

-and related EMR entries.

I request that my record accurate reflect:

what I requested, when I requested it, what I was told, what examination was performed, what findings were documented, what treatment was provided, and what treatment plan was established.

14. FINAL AND URGENT REQUEST

DENTAL LOW:

Please understand the purpose of this communication.

I am not submitting another complaint simply to complain...

I am submitting this communication because I have repeatedly followed the instruction to seek care and the underlying problem remains unresolved. I am asking for:

THE NEXT STEP.

A TREATMENT PLAN.
REVIEW OF MY PANORAMIC X-RAY.
DOCUMENTATION OF MY CONDITION.
A DETERMINATION OF THE PRIORITY OF MY CARE.
CONSIDERATION OF UTILIZATION REVIEW AND SPECIALTY REFERRAL WHEN CLINICALLY INDICATED.
REVIEW OF MY CASE BY A RESPONSIBLE AUTHORITY.
AN INDIVIDUALIZED RESPONSE TO MY REQUEST.

PLEASE DO NOT SEND ME ANOTHER GENERIC MESSAGE TELLING ME TO ONLY ATTEND DENTAL SICK CALL.
I HAVE ALREADY DONE THAT.
I am asking:
WHAT HAPPENS AFTER SICK CALL WHEN THE PROBLEM REMAINS UNRESOLVED?

If the answer is that I must attend Sick Call again, please explain specifically what clinical evaluation or treatment will be performed this time to address the unresolved condition described in the communication.
If the answer is that I require a Treatment Planning Examination, please initiate or schedule it.
If the answer is that I require Specialty Referral, please initiate or explain the applicable referral process.
If the answer is that no additional treatment is clinically indicated, please document and explain the clinical basis.
If the answer is that my condition cannot be treated at FCC Coleman Low, please explain what procedure is available for me to receive appropriate treatment at another BOP facility or through the applicable specialty-care process.

I respectfully request an individualized written response.
I am asking for help because, after repeatedly using the procedures available to me within this institution, I genuinely do not know what else I can do.

I RESPECTFULLY REQUEST URGENT ACTION.

Respectfully,

GILMAR PEREIRA DA SILVA JUNIOR
REG. NO. 74744-511
FCC COLEMAN LOW
COL-B-D
CASE NO. 8:25-CR-144-KKM-SPF

Outlook

**afd8888b-3011-4705-ae2d-f0869d14e244**

**From** COL-InmateToDental (BOP) <COL-InmateToDental@bop.gov>
**Date** Mon 8/17/2026 12:33 PM
**To** ~^! PEREIRA DA SILVA JR, ~^!GILMAR <74744511@inmatemessage.com>

**If you are experiencing pain or discomfort, dental sick call is available:**
**Open dental sick call is Monday, Tuesday, and Thursday at 0730. It is first come, first seen.**

---

**From:** ~^! PEREIRA DA SILVA JR, ~^!GILMAR <74744511@inmatemessage.com>
**Sent:** Friday, August 7, 2026 11:21 AM
**Subject:** ***Request to Staff*** PEREIRA DA SILVA JR, GILMAR, Reg# 74744511, COL-B-D

To: DENTAL LOW - GENERAL
Inmate Work Assignment: GILMAR PEREIRA DA SILVA

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
afd8888b-3011-4705-ae2d-f0869d14e244
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

SUBJECTD: My treatment requires specialized follow-up because of my reconstructed jaw after a serious motorcycle accident, Although I have been evaluated by Dental Services, I still have not received a solution for the treatment that has been discussed.

Dear Dental Low Staff,

I am requesting guidance on what on steps I should take to continue my specialized dental treatment or what procedure I should follow to protect my health,related to the reconstruction if my jaw following a motorcycle accident, which included the placement of a titanium plate and the use an orthodontic appliance.

Dental Low has already stated that there is no orthodontic specialist available to treat my condition, and Program Statement P6400.03 - Dental Services itself confirms that this type of specialized treatment is not at this BOP.

I must reinforce that my orthodontic appliance cannot be removed, per medical documentation resulting from a motorcycle accident that led to mandibular reconstruction whit a titanium plate.

I have already attended Sick Call and was seen, but without any resolution to the main problem. I respectfully ask what I should do given my situation.

I must emphasize that my suffering is increasing every day this treatment remains unaddressed: I have already lost four teeth, the appliance is damaged, and I am having difficulty eating. I urgently request clear guidance on the next steps to my treatment.

Thank you so much for your attention,

Gilmar Pereira da Silva Jr.
Reg. Number: 74744-511
FCC COLEMAN LOW

Pereira, Cyhora
74744-511

PREVIOUS EDITION IS USABLE

AUTHORIZED FOR LOCAL REPRODUCTION

# MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | |
| | REQUEST UPON THE RELEASE OF THE REQUESTED MEDICAL INFORMATION WE CAN NOT LONGER GUARRANTY |
| | CONFIDENTIALITY. IF YOU HAVE COPIES OF YOUR MEDICAL FILE IN YOUR UNIT WE CAN NOT LONGER |
| | SECURE IT'S CONFIDENTIALY. AS YOU KNOW YOUR PROPERTY IS SUBJECT TO BE SEARCH BY ANY |
| | CORRECTIONAL STAFF AT ANY TIME. |
| | YOU ARE RECEIVING COPIES OF YOUR COMPLETE MEDICAL RECORD FROM: 2006 TO: |
| | TOTAL PAGES RELEASE: 56 pages |
| | |
| | BY SIGNING BELOW, I HEARBY ACKNOWLEDGE UNDERSTANDING ONCE MY MEDICAL RECORD ARE RELEASED |
| | TO ME THE HEALTH SERVICES DEPARTMENT CAN NOT GUARANTEE THE CONFIDENTIALY ON THE RELEASED |
| | INFORMATION. |
| | INMATE SIGNATURE: [illegible] DATE: 08/07/2026 |
| | WITNESS SIGNATURE: [illegible] DATE: 8/7/26 |
| | |
| | |
| | Medical Record |
| | |
| | |
| | |
| | |
| | |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

---

FROM: 74744511
TO: Health Services LOW
SUBJECT: ***Request to Staff*** PEREIRA DA SILVA JR, GILMAR, Reg# 74744511, COL-B-D
DATE: 07/20/2026 08:46:22 PM

To: Medical
Inmate Work Assignment: N/A

Good Moming/Afternoon,

I'm requesting a paper printout of my medical & dental records going back to when I first arrived here on May 4, 2026. I had a dental appointment a couple weeks after arriving. I need a printout of that and any other medical appointments & callouts for my records.

Thank you,

BP-S358.060
JUN 10

# MEDICAL TREATMENT REFUSAL

CDFRM

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

7-30-2026
Date

I, GILMAR PEREIRA DA SILVA JR 74744-511, refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:

Dental cleaning/gross debridement diagnosed and recommended by the dentist for gingivitis.

The following treatment(s) was/were recommended:

Gross debridement diagnosed and recommended by the dentist.

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

Without completion of the recommended treatment you may experience pain, swelling, infection, loss of function and other medical problems up to and including death.

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment.

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

Jodi Preston
PRESTON, JODI RDH 7-30-2026
Signature of Witness Date

Patient refused to sign
7-30-2026
Patient's Signature Date

Witness: N. [signature], DMD 07/30/2026

Monique Villegas EFDA 7-30-2026
Signature of Witness Date

COL--COLEMAN LOW FCI

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Scanned Date: | 07/30/2026 13:50 EST | | | Facility: | COL |

**Cosigned by Torres Marin, Gina DMD on 07/30/2026 14:13.**

# COL Medical Sick Call

**DATE:** 07/20/26

**INSTRUCTIONS/INSTRUCCIONES:**

You must fill out this form completely; All numbers 1 – 12 or refuse to be seen.
Sick call sign up is Monday, Tuesday, Thursday, and Friday morning.
Debe llenar este formulario completamente; todos los números 1 – 12 o se niegan a ser visto. Dias de visitas por enfermedad son Lunes, Martes, Jueves y Viernes por la mañana.

I, (1) GILMAR PEREIRA DA SILVA JR **Reg. Number/ Reg. número: (2)** 74744-511
(Last Name, First Name)/(Apellido, primer nombre)
**requests to be seen at sick call for/solicito servicio por personal médico (3):**

______ **Medical Complaint/ Queja médica**

__✓__ **Dental Complaint/queja dental**

**Describe your main complaint/Describe tu queja principal (4):** I HAVE BRACES THAT NEED TO BE ADJUSTED. WITHOUT ADEQUATE DENTAL CARE I'M AT RISK OF LOSING TEETH. I ALREDY LOST 3 TEETH. OR 4 TEETH.

**How long have you had this problem?/¿Cuánto tiempo tienes este problema? (5):**

______ **Hours/ Horus** ______ **Days/ Dias** __2__ **Months/Meses** ______ **Years/Anos**

**What have you done to attempt to fix this problem?/ ¿Qué hiciste para intentar solucionar este problema?(6)**
I CAN'T FIX THIS ALONE.

**Have you purchased medications from the commissary for this condition?/¿Has comprador medicamentos de la Comisaria para esta condición? (7)** __✓__ **Yes/Si** ______ **No** ______

**Signature/ La Signatura (8)** ____________ **Date/La Fecha: (9)** 07/21/06

**Housing Unit/Unidad (10)** B4
**Work/Trabajo (11)** ____________
**In case medical needs to call you back, do you have any other call out appointments for today? If yes, then where? En caso de que el médico necesite devolverte la llamada, ¿tiene alguna otra cita de llamadas para hoy? Si es así, ¿entonces dónde? (12)** ____________

With your signature you acknowledge your understanding of the Federal Bureau of Prisons Health Care Rights and Responsibilities

**One sick call visit for each complaint. You may be advised to report to the commissary for over-the-counter medication in accordance with Program Statement 6541.02. Per Program Statement 6031.02, you must pay a fee for health care services of $2.00 per health care visit if you receive health care services in connection with a health care visit that you requested**

Con su firma usted reconoce su comprensión de la Oficina Federal de Prisiones de Derechos y Responsabilidades de Cuidado de Salud

**Según la Declaración del Programa 6031.02 usted debe pagar una tarifa de $2.00 por visita medica que usted solicite o inicie. Se le recominda pasar por la comisaria y comprar medicamentos y artículos de primera necesidad según la Declaración del Programa 6541.02**

MOBILE VISION
PROFESSIONALS
Doug Hassenpflug, PLLC - DBA

**Optometry Exam Form**

FACILITY: Low DATE 7/9/26

NAME Pereira Da Silva, Gilmar BOP# 74744-511 DOB 3-20-83 AGE 43

| CC: | VA: sc cc | Lensometry: | | | | |
|---|---|---|---|---|---|---|
| | | | SPH | CYL | AXIS | ADD |
| | OD: 20/ | OD | | | | |
| | OS: 20/ | OS | | | | |
| Glasses exam (circled) Diabetic eye exam Glaucoma | OU: 20/ | | | | | |

CVF: FTFC OU (circled)

EOMs: FROM OU (circled)
Pupils: PERRLA (circled) (-) APD

CT:

IOP: iCare Time: 2:25
OD 15 mmHg
OS 16 mmHg

Last IOP: Date________
OD________mmHg
OS________mmHg

Dilation: Y (circled) or N

| Sub Rx | SPH | CYL | AXIS | PRISM | VA | ADD |
|---|---|---|---|---|---|---|
| OD | -1.00 | -1.00 | 100 | | 20/20 | 10BF |
| OS | -0.75 | -0.50 | 070 | | 20/20 | |

| FINAL | SPH | CYL | AXIS | PRISM | VA | ADD |
|---|---|---|---|---|---|---|
| OD | | | | | 20/ | |
| OS | | | | | 20/ | |

PD: 66 /________mm

☑ Final Rx is SAME as Sub Rx

**SLE**

OD: WNL (circled) OS: WNL (circled)



**FUNDUS**

OD:WNL OS:WNL
CD:H .70 /V CD:H .60



Oblique insertion

Assessment/Plan: SRx Glasses Y (circled) or N

MYOPIA - ASTIGMATISM (circled) - HYPEROPIA - PRESBYOPIA - CATARACTS OD OS OU - PSEUDOPHAKIA OD OS OU - GLAUCOMA OD OS OU - GLAUCOMA SUSPECT OD OS OU - DRY EYE OD OS OU - DM w/ NO RETINOPATHY OU

Other________________________________ Referral: Yes or NO (circled)

Doctor Signature [signature]

Dr. Austin Hassenpflug OD (circled) Dr. Chase Hahn OD

| RTC | |
|---|---|
| NEXT VISIT | 3-4 MONTHS |
| 6-7 MONTHS | 1 YEAR |
| PRN (circled) DILATE NEXT VISIT: Y or N (circled) | |

UNICOR, Federal Prison Industries, Inc.
Federal Correctional Institution
PO Box 576 Old NC 75
Butner, NC 27509
919-575-2050 FAX (919) 575-6280

**UNICOR USE ONLY**

JOB NUMBER

TRAY NUMBER:

METHOD OF PAYMENT: [ ] CREDIT CARD [ ] PURCHASE ORDER

AGENCY:

PHONE:

| CITY: | STATE: | ZIP: |
|---|---|---|

| COST BREAKDOWN LENSES | | |
|---|---|---|
| FRAME STYLE | | |
| EXTRA | | |
| EXTRA | | |
| EXTRA | | |
| TOTAL | | |

PATIENT NAME: Pereira, Gilmar

SHIP TO ADDRESS (INCLUDE STREET ADDRESS): 74744-511

| | | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION |
|---|---|---|---|---|---|---|
| DISTANCE | R | -1.00 | -1.00 | 100 | | |
| | L | -0.75 | -0.50 | 070 | | |
| BIFOCAL POWER | R | X | | | | |
| | L | | | | | |

TINT
[ ] # 1
[ ] # 2
[ ] # 3

COLOR OF TINT:
[ ] TRANSITION GRAY
[ ] TRANSITION BROWN

SEGMENT INSTRUCTIONS: HEIGHT R / L; WIDTH (crossed out)

PUPILLARY WIDTH (PD): DIST R 66; NEAR R —

POLYCARBONATE [ ]
PLASTIC [X]

STRAIGHT TOP [ ] 28 [ ] 35 — PROGRESSIVE — NO-LINE (crossed out)

TRIFOCAL 7 x 28 [ ] 8 x 35 [ ]

[ ] UV COAT
[ ] SCRATCH COAT
[ ] ANTI-FOG

| FRAME STYLE | COLOR | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|---|
| FPT 1 | Black | 54 | | |

SPECIAL INSTRUCTIONS

( ) LENS ONLY
( ) FRAME ONLY

( ) SIDESHIELDS (SAFETY FRAME ONLY)
( ) CLIP-ON
( ) PERMANENT

REQUIRED FOR BI-FOCAL STYLE LENS

REQUIRED FOR SINGLE STYLE VISION LENS

f-8220-01, Rev. 0

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Scanned Date: | 07/14/2026 15:36 EST | | | Facility: | COL |

**Reviewed by Festa, M. (MOUD-MB) APRN on 07/15/2026 13:45.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Scanned Date: | 07/14/2026 15:36 EST | | | Facility: | COL |

**Cosigned by Franco, Karina (MOUD-B) MD on 07/16/2026 14:02.**

Outlook

**46faf52a-bd65-4e9d-a97e-dcaefc5a744c**

**From** COL-InmateToDental (BOP) <COL-InmateToDental@bop.gov>
**Date** Mon 7/6/2026 12:28 PM
**To** ~^! PEREIRA DA SILVA JR, ~^!GILMAR <74744511@inmatemessage.com>

We don't do Orthodontic treatment here, but if you are experiencing pain,discomfort or any dental concern sick call is available:

Open dental sick call is **Monday, Tuesday, and Thursday at 0730**. It is first come, first seen.

---

**From:** ~^! PEREIRA DA SILVA JR, ~^!GILMAR <74744511@inmatemessage.com>
**Sent:** Thursday, July 2, 2026 1:40 PM
**Subject:** ***Request to Staff*** PEREIRA DA SILVA JR, GILMAR, Reg# 74744511, COL-B-D

To: Dental
Inmate Work Assignment: N/A

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
46faf52a-bd65-4e9d-a97e-dcaefc5a744c
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

I'm in urgent need of dental care because I have braces that need to be adjusted every 15 days. This is due to the fact that I was in a motorcycle accident that resulted in a surgery on my jaw. When I arrived to Coleman-Low I was put in SHU for several days and my braces were broken during that time. Without adequate dental care I'm at risk of losing teeth.

Thank you,

statrad®
Leading Teleradiology

# LSCI Coleman COL

| | | | |
|---|---|---|---|
| Patient: | **PEREIRA DA SILVA, GILMAR (Male)** | DOB: | 03/21/83 |
| Register#: | **74744-511** | Age: | 43 |
| Date: | 06/12/26 08:10 | Status: | OP |
| Slicecount: | 0 | | |
| History: | OTHER: Other Notes: chronic pain | | |
| Priors: | | | |
| Exams: | XR LEFT TIB/FIB | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.840.113619.2.203.4.2147483647.1781267620.150438

---

## Final Report

**Exam: XR LEFT TIB/FIB**

**HISTORY: see above**

**TECHNIQUE: 4 views of the left tibia and fibula**

**COMPARISON: None**

**FINDINGS: Normal bone mineralization. No acute fracture, dislocation or malalignment. No suspicious lytic or sclerotic bone lesions.**

**Soft tissues appear unremarkable.**

**IMPRESSION: Normal radiographic examination of the left tibia and fibula.**

Radiologist: Justin Yoon, MD

Study first marked ready to read at 08:31, study last marked ready to read at 08:31, initial results transmitted at 15:25

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/15/2026 10:17 EST | | | Facility: | COL |

**Cosigned by Franco, Karina (MOUD-B) MD on 06/17/2026 09:19.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/15/2026 10:17 EST | | | Facility: | COL |

**Reviewed by Festa, M. (MOUD-MB) APRN on 06/24/2026 12:19.**

# LSCI Coleman COL

| | | | |
|---|---|---|---|
| Patient: | **PEREIRA DA SILVA, GILMAR (Male)** | DOB: | 03/21/83 |
| Register#: | **74744-511** | Age: | 43 |
| Date: | 06/02/26 08:04 | Status: | OP |
| Slicecount: | 0 | | |
| History: | OTHER: Other Notes: Hx of knee surgery | | |
| Priors: | | | |
| Exams: | XR LEFT KNEE | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.840.113619.2.203.4.2147483647.1780403356.965532

---

## Final Report

**Exam: XR LEFT KNEE**

**HISTORY: See above**

**TECHNIQUE: 2 views obtained**

**COMPARISON: No prior imaging available**

**FINDINGS: Osseous deformity of the distal left femur, suspicious for old trauma. No retained hardware. Mild tricompartmental left knee osteoarthrosis, most pronounced in the lateral compartment. Suspect an anterior left knee calcified intra-articular loose body measuring 5 mm. No suprapatellar effusion. No suspicious osseous lesion.**

**IMPRESSION:**
**No radiographic evidence for an acute fracture or joint space malalignment.**

**Osseous deformity of the distal left femur, suspicious for old trauma. No retained hardware.**

**Mild tricompartmental left knee osteoarthrosis, most pronounced in the lateral compartment.**

**Suspect an anterior left knee calcified intra-articular loose body measuring 5 mm. No suprapatellar effusion.**

Radiologist: Maurice Yu, MD

Study first marked ready to read at 08:05, study last marked ready to read at 08:05, initial results transmitted at 10:15

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/03/2026 09:20 EST | | | Facility: | COL |

**Reviewed by Festa, M. (MOUD-MB) APRN on 06/04/2026 07:13.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/03/2026 09:20 EST | | | Facility: | COL |

**Cosigned by Franco, Karina (MOUD-B) MD on 06/17/2026 08:18.**

BP-A0618
JUN 16

# A&O DENTAL EXAMINATION
**(Initial Clinical Dental Findings)**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**




| | | | |
|---|---|---|---|
| Occlusion: | Class (I)/ II/I II / edent. / MM | | |
| Oral Hygiene: | Good | Fair ✓ | Poor |
| CPITN: | 1 2 (3) 4 | 1 (2) 3 4 | 1 2 (3) 4 |
| | 1 2 (3) 4 | 1 2 (3) 4 | 1 2 (3) 4 |
| Head & Neck / Soft Tissue: (WNL) lesion:__mm/cm location:___color:____ | | | |
| D: 0<br>M: 8<br>F: 6 | Classification:<br>bite: ant, open, cross | | |
| | Pain Scale:<br>0/10 | | |

| | |
|---|---|
| Dental Prostheses at Intake:<br>Yes (No)<br>Type:<br>Age:<br>Condition: | Comments:<br>ortho treatment in progress |
| Intra-oral Photos Taken:<br>Yes<br>No ✔ | Radiographs Taken: (Document findings on A&O encounter)<br>Yes<br>No ✔ |
| Instructed how to obtain urgent and non-urgent dental care: Yes: ✔ No: | |

| | | | |
|---|---|---|---|
| Treatment Priorities: | None: ✓ | Non-urgent: | Urgent: Referred to Sick Call: |
| Radiographs authorized:<br>PAs: ✓<br>BWs: ✓<br>Panorex: ✓ | | Prophylaxis authorized: (Yes ✔) No<br>(Approval valid 18 months from examination date) | |
| Patient Name:<br>Pereira Dasilva Jr, Gilmar | | Dentist Signature: [signature] | |
| Register Number:<br>74744-511 | Institution:<br>COM/(COL)/COP/CLP | Date:<br>05/15/2026 | Signature Block/Stamp:<br>Jorge Nieto, DMD<br>(Gina Torres-Marin, DMD)<br>Pedro Gonzalez, DMD<br>Troy Brown, DMD<br>Daniel, Rosa-Serrano, DMD<br>Nguyen Pham, DMD |

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREIRA DA SILVA JR, GILMAR | | | Reg #: | 74744-511 |
| Date of Birth: | 03/21/1983 | Sex: | M | Race: | WHITE |
| Scanned Date: | 05/15/2026 15:02 EST | | | Facility: | COL |

**Cosigned by Torres Marin, Gina DMD on 05/22/2026 13:15.**