TRULINCS 74744511 - PEREIRA DA SILVA JR, GILMA - Unit: COL-B-D

---

NOV 20 2026 PM1:26
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION
UNITED STATES OF AMERICA v. GILMAR PEREIRA DA SILVA JUNIOR
Case No. 8:25-cr-144-KKM-SPF | BOP Register No. 74744-511
PRO SE TRANSMITTAL LETTER TO THE CLERK FILING SUPPLEMENTAL MATERIALS IN THE EXISTING CASE
November 7, 2026
Clerk of Court
United States District Court, Middle District of Florida Tampa Division
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue, Room 218
Tampa, FL 33602-3800
Re: Docketing and association with pending pro se AO 250 motion no new action requested
Dear Clerk of Court:
I, Gilmar Pereira da Silva Junior, proceeding pro se in the above-captioned criminal case, transmit through the institutional mailing resources available at FCC Coleman Low this letter and four supplemental papers for filing on the docket of the SAME existing criminal case, No. 8:25-cr-144-KKM-SPF. I request that this transmittal letter itself also be docketed and that the enclosed papers be identified as supplemental materials related to my pending AO 250 Pro Se Motion for Compassionate Release, dated October 16, 2026, subject to any orders already entered in this case.
This submission is NOT a new civil or criminal action, a new initiating pleading, a separate compassionate-release motion, or a request for a new case number. I do NOT seek withdrawal, replacement, amendment by substitution, deletion, or abandonment of the original AO 250, any existing motion, any previously asserted ground, or any exhibit, declaration, or attachment already submitted. All prior filings and grounds are expressly preserved. The enclosed papers are cumulative and supplemental; they corroborate the existing record, provide formal notice of continuing administrative and medical developments, and assist the Court in understanding the urgency already raised in the AO 250.
Enclosed papers tendered for docketing:
1. PRO SE SUPPLEMENTAL MEMORANDUM PROVIDING FORMAL NOTICE OF INTERDEPARTMENTAL ADMINISTRATIVE OMISSIONS, FAILURES TO RESPOND TO DOCUMENTED MEDICAL RISKS, POSSIBLE DELIBERATE INDIFFERENCE, AND IMPAIRMENT OF THE ADMINISTRATIVE REMEDY PROCESS.
2. PRO SE SUPPLEMENTAL MEMORANDUM CONCERNING WARDEN AND ACTING WARDEN SUPERVISORY OMISSIONS, EMERGENCY ADMINISTRATIVE REMEDY PROCESSING, CONTINUING HARM TO HEALTH, AND REQUEST FOR IMMEDIATE CORRECTIVE ACTION.
3. PRO SE SUPPLEMENTAL MEMORANDUM, FORMAL NOTICE OF CONTINUING MEDICAL HARM, ASSERTED DELIBERATE INDIFFERENCE, AND REQUEST FOR EXPEDITED CONSIDERATION.
4. SENSITIVE DIRECT SUBMISSION TO THE REGIONAL DIRECTOR, 28 C.F.R. § 542.14(d)(1) ADMINISTRATIVE REMEDY REQUEST, SENSITIVE AND EMERGENCY ADMINISTRATIVE REMEDY REQUEST, REQUEST FOR DIRECT REGIONAL ACCEPTANCE, PROTECTION AGAINST INSTITUTIONAL EXPOSURE, URGENT CLINICAL ASSESSMENT, AND PRESERVATION OF EVIDENCE.
Please file each received paper under the existing case number, associate it administratively with the pending AO 250 to the extent the docketing system permits, and route the submissions for judicial review under the Court's ordinary procedures. I do not ask the Clerk to decide the merits, grant relief, or make medical findings; those matters are reserved to the Court.
These submissions document continuing oral and mandibular pain and functional limitations, the absence of an effective specialist assessment and treatment plan, and administrative obstacles encountered while seeking care and responses. The need for prompt docketing and judicial attention is urgent because the medical harm and suffering continue and the passage of time without adequate resolution bears on the pending request under 18 U.S.C. § 3582(c)(1)(A) and U.S.S.G. § 1B1.13(b)(1)(C). I ask that these developments be brought to the Court's attention and that expedited consideration be evaluated. This cover letter does not purport to replace any formal motion required for a specific judicial order.
The fourth enclosure is a copy of a sensitive administrative submission addressed to the Regional Director under 28 C.F.R. § 542.14(d)(1). It is tendered as supplemental record material, not as an administrative appeal for the Clerk to adjudicate. I request handling under applicable access and confidentiality rules; the word "sensitive" does not itself place a court filing under seal, and any court-ordered restriction must be separately sought and authorized.
A corresponding copy of this transmittal and the four papers is intended for the United States Attorney's Office in Tampa through institutional mail in accordance with Fed. R. Crim. P. 49. Please preserve the existing docket history in full.
Respectfully submitted,

______________________________

TRULINCS 74744511 - PEREIRA DA SILVA JR, GILMA - Unit: COL-B-D

---

Gilmar Pereira da Silva Junior, Pro Se
BOP Register No. 74744-511
FCC Coleman Low, P.O. Box 1031
Coleman, FL 33521