GILMAR PEREIRA DA SILVA JÚNIOR
BOP REGISTER No. 74744-511
FCC COLEMAN LOW
P.O. BOX 1031
COLEMAN, FL
33521 - 1031

UNITED STATES OF AMERICA FOREVER/USA
UNITED STATES OF AMERICA FOREVER/USA
UNITED STATES OF AMERICA FOREVER/USA
UNITED STATES OF AMERICA FOREVER/USA

TO: CLERK OF COURT
UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF FLORIDA,
TAMPA DIVISION.
SAM M. GIBBONS U.S. COURTHOUSE
801 NORTH FLORIDA AVENUE - ROOM 218
TAMPA, FL 33602-3800

Screened by
USMS

URGENT AND SENSITIVE SPECIAL MAIL - NOVEMBER 7, 2026