TRULINCS 74744511 - PEREIRA DA SILVA JR, GILMA - Unit: COL-B-D

NOV 23 2026 PM2:31
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

UNITED STATES OF AMERICA v. GILMAR PEREIRA DA SILVA JUNIOR

Case No. 8:25-cr-144-KKM-SPF | BOP Register No. 74744-511

PRO SE TRANSMITTAL LETTER TO CLERK SUPPLEMENT TO PENDING AO 250

November 14, 2026

Clerk of Court
United States District Court, Middle District of Florida Tampa Division
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue, Room 218
Tampa, FL 33602-3800

Re: Request to docket one supplemental medical memorandum in the existing criminal case and associate it with the pending AO 250 motion.

Dear Clerk of Court:

I, Gilmar Pereira da Silva Junior, appearing pro se, respectfully transmit for filing in the existing criminal case identified above the enclosed document entitled:

DEFENDANT'S PRO SE SUPPLEMENTAL MEDICAL MEMORANDUM AND MOTION FOR EXPEDITED CONSIDERATION OF PENDING COMPASSIONATE RELEASE REQUEST

I request that the Clerk docket this supplemental memorandum and motion under Case No. 8:25-cr-144-KKM-SPF, identify its connection to my pending pro se AO 250 Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A), and place it before the Court through the ordinary docketing and referral process. This is a supplemental submission in the existing case, not a request to open a new action or assign a new case number.

I expressly do not withdraw, replace, supersede, amend by substitution, or abandon the original AO 250, any previously filed motion, memorandum, factual ground, legal argument, declaration, exhibit, or attachment. All previously docketed materials are to remain part of the record. The enclosed paper adds further medical information and an urgent request for consideration; it is intended to be read cumulatively with the pending motion and existing record, not instead of them.

The enclosed submission addresses my continuing oral and mandibular pain, impaired chewing, the documented orthodontic treatment in progress, the institution's stated limitation on providing orthodontic treatment, and the unresolved need for timely evaluation by appropriately qualified outside specialists. I ask that the Court receive this additional notice of continuing harm and refer the request for expedited consideration to the presiding judge. I understand that the Clerk performs ministerial filing functions and that only the Court can decide the motion or grant relief.

I am submitting these papers using the institutional correspondence and mailing resources available to me at FCC Coleman Low. I also am preparing a corresponding service copy for the United States Attorney's Office in Tampa. The date on this letter is its preparation date; any certificate of service must accurately state the date on which mailing actually occurs.

Please docket this transmittal letter as well as the enclosed supplemental memorandum in the existing criminal case. I request preservation of the complete prior docket and prompt routing of the new submission for judicial consideration.

Respectfully submitted,

---

Gilmar Pereira da Silva Junior, Pro Se
BOP Register No. 74744-511
FCC Coleman Low, P.O. Box 1031
Coleman, FL 33521